UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Lee Gill, Jr.
200 N. Comal, San Antonio, Texas 78207
Bexar County Jail

Petitioner

CASE NUMBER   1:06CV00105
JUDGE: Henry H. Kennedy
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/19/2006

Vs.

Sheriff Ralph Lopez of Bexar County, Texas, Bexar County Jail
200 N. Comal, San Antonio, Texas 78207

MOTION TO BE RELEASED ON P.R. BAIL
Under The Court's Emergency Rules

To The Honorable Chief Judge Thomas F. Hogan:

Petitioner, Robert Lee Gill, Jr., Moves In This Court Pursuant To the Court's Emergency Rules And The All Writs Act To Be Released On Personal Recognizance Bail Pending A Determination And Appeal, If Deemed Necessary, Of His Writ Of Habeas Corpus Application And Motion For Permission To File His Writ Application. Petitioner Will Show the Court the Following:

1. That the State Officials Committed A "Overt Act" Of Retaliation And Reprisals Against the Petitioner For Exercising And Enforcing His Citizen's Rights To Petition This Court For "Redress" Of Grievances By Illegally Arresting Him At The Bexar County Courthouse Securing State Records For the "Alleged Charge" Of "Contempt Of Court."

2. Petitioner Asserts that His Filing Of A Petition For Removal Pursuant to 28 U.S.C. 1443(1) Of State Cause No. 93-CI-14511 did "NOT"

3

010306

MRN 00345070
GILL, ROBERT
03/17/1950
FSC 322

### UNIVERSITY HEALTH SYSTEM
#### ACUTE CARE CLINIC — UHC-D
#### Progress Note

00345070

Date: 1-3-06   Triage Time: 1855   Appt. Time: W/US

Accucheck: 356   Pulse Ox: 97°   Peak flow: ___

Ht: ___   T: 98.4   R: 16   LMP: ___

Wt: ___   P: 78   BP: 154/83

Reason for visit: 56 y/o male. Cough, sputum well/green x 5-6 d. S/P 5 stents to ___

History: 56 y/o BM - s/p CABG 2001 @ Baptist - admitted to UHER 10/2005 & underwent P-thall which showed inferior wall ischemia & inferior and apical hypokinesis ē depressed EF. At that time, the patient was offered cath but refused b/c he wants it performed @ Baptist. This however was impossible b/c patient is incarcerated. He was released AMA. He is brought in today ē symptoms of chest discomfort on exertion and rest, SOB & cough. I have discussed readmission ē him and he is refusing.

Allergies: NKDA
2004 - SOB & chest pain - cough & pain L & back in ___

Medications: Refer to Consult request for meds.

PMHx: Hep C
DM II
HTN
CAD - s/p MI 1995, s/p CABG

| Physical | WNL | |
|---|---|---|
| General | | NAD in mild/moderate distress, skin |
| Skin | | |
| Head | | |
| Teeth | | |
| EENT | | |
| Nodes | | |
| Chest | | |
| Lungs | | clear ē for slight area of decrease ® base |
| Heart | | n/ S1, S2 |
| Abdomen | | |
| Genitalia | | |
| Back | | |
| Extremities | | |
| Gait | | |
| Neurological | | |

| PMH: | Yes |
|---|---|
| Diabetes | yes |
| Hypertension | ✓ |
| Depression | |
| MI | |
| CVA | |
| Hypothyroid | |
| Anticoag | |
| Asthma | |
| COPD | |
| Cirrhosis | |
| Hepatitis | |
| CHF | |
| PUD | |

06 0105

Assessment: A/P Worrisome for ischemia, chest pain, SOB, ⊕ P-thall - patient refusing treatment.

FILED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plan: ① Released AMA
② Patient instructed to return if he D/s his mind regarding admission.

Counseling / coordination 50%
Total time ___ min.
Counseling / coordination time

MRN 00345070
GILL, ROBERT
03/17/1950
FSC 300
VN 12596028I

B/M/OTH
CDT/IPACU
07/06/2005

# UNIVERSITY HEALTH SYSTEM

## INFORMED CONSENT TO REFUSE
## (A.M.A.)

☐ EXAMINATION  ☐ ADMISSION  ☐ TRANSFER  ☐ TREATMENT  ☐ PROCEDURE

I understand that University Health System has offered:

- [X] To examine me (the patient) to determine whether I am suffering from an emergency medical condition.
- [X] To admit me to the hospital for more extensive services necessary to treat my condition.
- [X] To provide a medically appropriate transfer to another medical facility.
- [X] To provide treatment necessary to stabilize or treat my condition.
- [X] To perform necessary procedures to evaluate and treat my condition.

University Health System and/or the physicians caring for me have informed me that the BENEFITS that might reasonab be expected from the offered services are: _Diagnosis of heart problems that could extend life and/or improve the quality of life._

and the RISKS from refusing the offered services are: _Heart Attack, Heart Failure, Death, and injury to other body organs due to heart failure_

Although I have been advised of the above benefits and risks, I am refusing the offered services and acknowledge th I am doing so **AGAINST MEDICAL ADVICE**. I also understand that by leaving this facility and refusing the offere services, a worsening of my condition may occur and may pose a threat to my life, health and medical safety. I als acknowledge that I have been informed of University Health System's willingness to provide the offered service However, **I HEREBY REFUSE THE OFFERED SERVICES.**

_[signature]_                                    6/7/05
Patient/Other Legally Responsible Person's Signature          Date and time

_Bad blood flow to heart → causing heart to be sick_

I HAVE EXPLAINED (in non-technical words) the patient's condition to the patient and he/she understands the benefi of the offered services and the risks of leaving against medical advice. The following family members were prese while the benefits and risks were discussed:

Signature/relationship          Signature/relationship          Signature/relationship

_[signature]_ 1316                                              7-7-05  0543
Witness' Signature                                              Date and time

** If the patient or other legally responsible person refuses to sign this form, this form should still be completed ar "refused" noted in the patient/other legally responsible person's signature space.

Informed Consent To Refuse
BCHD# 185 NS   12/97

_[signature]_ witness  07/07/05                    Chart Order

# BEXAR COUNTY ADULT DETENTION CENTER
## INMATE'S GRIEVANCE FORM

False Imprisonment
Sheriff Ralph Lopez

NAME: Robert Lee Hill  SID #: 23263  DOB: 3/17/50

DATE: 12/2/05  INCIDENT DATE/TIME: 12/01/05 approximately 10:00 am  HOUSING UNIT: 24A-BB-10

State incident/problem as clearly and briefly as possible. (Use additional forms or plain paper if necessary.) Place form in a sealed envelope, addressed to GRIEVANCE and either give to Living Unit Officer, give to the Mail Room Staff or place in box marked GRIEVANCE. You will receive your response through the mail. You can obtain additional grievance forms and envelopes from the Mail Room Staff or Living Unit Officer.

On 12/01/05 I was called down to "P.R. Desk" by Cpl. Harden to be offered "Released" on a "P.R. Bond" and "Motion-Cuffed" for a Thumbnail of $67.00 dollars. I requested of him to know what Judge was offering me a "P.R. Bond". He (Cpl. Harden) checked the computer and he advised me that "No Judge's Name" was there. It just said 150 Days in Jail or $500.00 and not to release until further notice from the Judge." This is what Cpl. Harden told me. My Fiancée (Ms. Gwendolyn Phillips) put the

PROPOSED SOLUTION TO PROBLEM
See attached to relief

INMATE'S SIGNATURE

************ FOR OFFICIAL USE ONLY * DO NOT WRITE BELOW THIS LINE ************

RECEIVED BY _____ DATE _____ CASE # _____ CODE _____

___ INVESTIGATED BY _____
___ REFERRED TO _____ DATE _____
___ REJECTED (Include rationale for reject in response)
___ NO ACTION REQUIRED (Include reason in response)

### GRIEVANCE SUMMARY RESPONSE

PROCESSED BY _____  REVIEWED BY _____
Grievance Officer  Grievance Coord.
  Date: _____

GREEN COPY TO FILE
WHITE COPY TO FEDERAL MONITOR
GOLD COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (11/93)

False Imprisonment
Sheriff Ralph Lopez

NAME: Robert Lee Hill Jr.  SID #: 23263  DOB: 3/17/50

DATE: 12/02/05  INCIDENT DATE/TIME: 12/01/05 Approximately 10:00 PM  HOUSING UNIT: 2-B-88-10

State incident/problem as clearly and briefly as possible. (Use additional forms or plain paper if necessary.) Place form in a sealed envelope, addressed to GRIEVANCE and either give to Living Unit Officer, give to the Mail Room Staff or place in box marked GRIEVANCE. You will receive your response through the mail. You can obtain additional grievance forms and envelopes from the Mail Room Staff or Living Unit Officer.

Sheriff a $5.00 U.S. Postal Money Order No. #09067180015 on October 7th, 2005 requesting to purchase a copy of the Sheriff's "Commitment Order" from the Court for my incarceration. The Sheriff "Refused" or/Failed to provide the requested copy. Therefore the Sheriff is trying to "Hide" and "Cover-up" the fact that he does not have a "Valid Commitment Order" from a Lawful Court for the incarceration of my person as "Required" by law!

PROPOSED SOLUTION TO PROBLEM: Provide me with a "copy" of the Commitment Order that is being used to incarcerate me... or/Release me immediately and pay me for False Imprisonment.

CC: Sen. Frank Madla
Rep. Carlos Uresti
News Media

INMATE'S SIGNATURE

**************** FOR OFFICIAL USE ONLY * DO NOT WRITE BELOW THIS LINE ****************

RECEIVED BY _____ DATE _____ CASE # _____ CODE _____

____ INVESTIGATED BY _____
____ REFERRED TO _____ DATE _____
____ REJECTED (Include rationale for reject in response)
____ NO ACTION REQUIRED (Include reason in response)

GRIEVANCE SUMMARY RESPONSE

_____
_____
_____
_____
_____

PROCESSED BY _____   REVIEWED BY _____
Grievance Officer            Grievance Coord.
                             Date: _____

GREEN COPY TO FILE
WHITE COPY TO FEDERAL MONITOR
GOLD COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (11/93)