UNITED STATES DISTRICT COURTS
For The District of Columbia

FILED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK

Robert Lee Gill, Jr.
  Petitioner

V.

CASE NUMBER 1:06CV00105
JUDGE: Henry H. Kennedy
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/19/2006

Sheriff Ralph Lopez
200 N. Comal, San Antonio, Texas 78207
  Respondent

Motion To Suspend Court's Local Rules For "Form Matter" In The Interest Of Justice

To The Honorable Chief Judge Thomas F. Hogan Of Said Court:

Petitioner, Robert Lee Gill, Jr., moves in this Court "Pro-Se" with a "Serious Life Threatening" Injury To His Heart. Petitioner Moves in this Court Pursuant to the Habeas Corpus Statutes And The All Writs Act to Request This Court To "Suspend" Its Local Form Rules To Allow the Clerk Filing Of the Enclosed Application For Writ Of Habeas Corpus, Motion For Permission To File With Exhibit And Motion To Be Released On P.R. Bail. Petitioner Will Show the Court the Following:

1. That on December 20th, 2005, Petitioner Filed A Motion For Permission To File Application For Writ Of Habeas Corpus, Application For Writ Of Habeas Corpus And Exhibits In Support Along With A U.S. Postal Money Order For $5.50 = $5.00 For Filing Fee And $.50 To Pay For A Copy Of The Clerk's Docket Sheet;

4

Pg II: 2. On January 3rd, 2006, the entire package, abovementioned, was returned to the Petitioner along with a order from the Chief Judge that required that ....:

"Your Name, Address, and Telephone Number must appear in the caption.

A Petition for Writ of Habeas Corpus submitted by anyone incarcerated in a District of Columbia Facility, "MUST" be submitted on court approved "Forms". The appropriate "Forms" are enclosed.

Other: Filing Fee for Habeas Corpus is $5.00."

Petitioner asserts to this court that the Federal 2241 Habeas Form submitted to this court does have his Name, Address, Prison Number but "NO" Telephone Number.

Further, "The Only" ... "Appropriate Forms" ... Enclosed ... were a "Civil Cover Sheet", to which Petitioner has "Filled out" And Requested of the Clerk to ... "Please forward related case forms" ... And he signed it And dated it (1/5/06).

Lastly, Petitioner had enclosed a U.S. Postal Money Order for $5.50 = $5.00 to pay the Clerk's Filing Fee And ¢.50 to pay for a copy of the Clerk's Docket Sheet as explained in his Cover Letter to the Clerk.

Wherefore, Petitioner petition this court to suspend the court's Local Rules for "Form Matter" in the "Interest of Justice" And order the Clerk to immediately filed Petitioner's Motion for Permission to File Writ Application, Writ Application, Exhibits in Support And his Motion to be Release on P.R. Bail with Exhibits And to "Stamp File" his copies And return them in the "Enclosed" Priority Mail Envelope Confirmation Receipt No. 0305 0830 0003 0760 6788 to the Petitioner. And; Further, Petitioner invokes this court's powers under the All Writs Act (28 U.S.C. 1651) to perform "Justice" to the Petitioner.

I Do Declare Under The Penalty Of Perjury That The Above-Going Is True And Correct.

Signed: the 6th day of January, 2006. /s/ [signature]

CC: Files;
Senate Judiciary Committee
House Judiciary Committee
Washington Post And New York Times

Robert Lee Gill, Jr.
Sid No. 23263
200 N. Comal
San Antonio, Tx 78207

RECEIVED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT