UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT LEE GILL, JR.,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>SHERIFF RALPH LOPEZ, *et al.*,<br><br>　　　　　　Respondents. | Civil Action No. 06-0105 (HHK) |

## MEMORANDUM

This matter is before the Court on petitioner's application for a writ of *habeas corpus* under 28 U.S.C. § 2241. Petitioner evidently is in the custody of the Bexar County Sheriff in San Antonio, Texas. *See* Pet. He challenges rulings made in criminal proceedings in Texas courts, matters over which this Court lacks jurisdiction. Nor does this Court have jurisdiction over a challenge to his confinement. "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004).

Furthermore, petitioner is barred from filing any civil action in this Court without first obtaining permission. *See Gill v. Cornyn*, Civil Action No. 03-1491 (D.D.C. Nov. 10, 2003). Review of this record reveals that petitioner has made no attempt to comply with the existing barring order.[1] This petition therefore will be denied. A separate Order accompanies this Memorandum.

　　　　　　　　　　　　　　　　　　　　　　　　HENRY H. KENNEDY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Since the barring order was entered, petitioner has filed one other civil action in the Court which was dismissed for lack of jurisdiction and for his failure to comply with the barring order. *See Gill v. Abbott*, Civil Action No. 04-2068 (D.D.C. Mar. 12, 2005).