# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ROBERT LEE GILL, JR.,**

               **Petitioner,**

   v.

**SHERIFF RALPH LOPEZ,** *et al.*,

               **Respondents.**

**Civil Action No. 06-0105 (HHK)**

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum, it is hereby

ORDERED that the petition for writ of *habeas corpus* [#1] is DENIED.  It is further

ORDERED that all pending motions [#2, 3, 4] are DENIED.  It is further

ORDERED that this civil action is DISMISSED.  This is a final appealable Order.

SO ORDERED.

                               /s/

Date: February 3, 2006                    HENRY H. KENNEDY, JR.
                                    United States District Judge