UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Lee Gill, Jr.
    Petitioner

Vs.                                              Civil Action No. 06-CV-0105-HHK

Sheriff Ralph Lopez, Et Al
    Respondents

## Motion For Recusal Of U.S. Judge Henry H. Kennedy From Ruling On Petitioner's Motion To Reconsider

To The Honorable Chief Judge Thomas Hogan And Judge H. H. Kennedy:

Petitioner, Robert Lee Gill, Jr., Move in this Court For Recusal Of U.S. Judge Henry H. Kennedy And U.S. Judge John D. Bates From Making A Ruling On Petitioner's Motion To Reconsider the Denial Order Entered On February 3rd, 2006. Petitioner Will Show the Court the Following:

1. That Judge Kennedy And Judge Bates Acted In Concert To Illegally And Unconstitutionally Violate The Suspension Clause, The Separation Of Powers Act And The Habeas Corpus Statute, but Not Limited To, Of The U.S. Constitution By Illegally Suspending "The Privilege" Of the "Great Writ" Of Habeas Corpus To The Petitioner. See Article I, Sec. 9, Cl. 2 - Habeas Corpus Note 6# (Persons Authorized To Suspend Writs - Generally) provides:

" "Congress"... is the ..."Only Power"... Which... "Can Authorize"... "The Suspension"... Of... "The Privilege Of The Writ"." Ex Parte Merryman, C.C. Md. 1861; See Also, Hamdi v. Rumsfeld, 123 S. Ct. 2366 (2004);

Pt. II: 2. Petitioner has filed a Complaint to the Senate Judiciary Committee through Sen. Charles Schumer's office and the House Judiciary Committee Democratic Staff, attention Rep. John Conyers against Judge Kennedy & Judge Bates et al for their deliberate and wanton violations of their solemn Oath of Office and the U.S. Constitution. A copy was served upon State Attorney Abbie Hailstocks by Priority Mail with Confirmation Receipt.

3. That Judge Kennedy has retaliated against the Petitioner by "deliberately" by-passing his Habeas Corpus Request under Statute 28 U.S.C. 1446(e) and fraudulently stating that Petitioner... "has made no attempt to comply with the existing barring order"... to which, was entered without "Notice" or a "Opportunity" to be "Heard"... nor affording Petitioner the right of appeal in a concerted effort to "Obstruct Justice" and to inflict a ... "Miscarriage of Justice" upon the Petitioner.

4. That the obvious and apparent "Biasness" and "Prejudice" of Judge Kennedy is clearly set out in the attached affidavits of Mr. Hodge Ward and Mr. Daniel McNeel.

Wherefore, Petitioner petition this Court in "The Interest of Justice" and "Preservation"... of the... "Appearance of Justice" that Judge Kennedy and Judge Bates be "Recused" from making a ruling on Petitioner's Motion to Reconsider, as well as, from other proceedings in this cause.

I do declare under the penalty of perjury that the above going is true and correct.

Signed: the 10th day of February, 2006.   /s/ _____

CC: Files;

Robert Lee Gilli, Jr.
Sid No. 83263
200 N. Comal
San Antonio, Tx. 78207