UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Lee Gill, Jr.
    Petitioner

Vs.                           Civil Action No. 06-CV-0105-HHK

SHERIFF RALPH LOPEZ, ET AL
    Respondents

AFFIDAVIT IN SUPPORT OF RECUSAL OF
U.S. District Judge HENRY H. KENNEDY & U.S. Judge John Bates

To The Honorable Chief Judge Thomas Hogan And Judge H. H. Kennedy:

AFFIANT, Robert Lee Gill, Jr., hereby certified that the following facts are True And Correct.

1. That AFFIANT is Over 18 Years Old And Of Sound And Reasonable Mind;

2. That AFFIANT has filed a COMPLAINT to the Senate And House Judiciary Committee Against U.S. District Judges (Kennedy & Bates Et Al.) who have "Suspended" the Privilege of the Great Writ to the AFFIANT in a Concerted Conspiracy;

3. That AFFIANT Cannot And Will NOT OBTAIN A "Fair" And "Impartial Ruling" On His Motion To Reconsider And Writ Application Pursuant To 28 U.S.C. 1446(e) From Either U.S. Judge Due To Their INVOLVEMENT OF the said Conspiracy And AFfiant's Filing with the said Judiciary Committees;

4. That This AFFIDAVIT Is Made In Good Faith And NOT To Delay Justice But Rather To Secure "Fairness" And "Justice";

Wherefore, AFFIANT Petition this Court to Recuse Judge Kennedy And Judge Bates From Ruling on AFFIANT'S Motion To Reconsider, As Well As

P.B.II:  Any other Motion or Proceeding in the Affiant's Causes of Action; And Further, Affiant invokes the Court's Powers Pursuant to the All Writs Act to Grant Him Justice that He is Entitled Under the Jurisdiction of This Court And The Laws of the U.S. Constitution.

I Do Declare Under the Penalty of Perjury that the Above going is True And Correct.

Signed: the 10th day of February, 2006; /s/ _[signature]_

cc: Files;                                    Robert Lee Gill, Jr.
Sen. Charles Schumer                          Sid No. 23263
Sen. Arlene Spector                           200 N. Commal
Rep. John Conyers & Rep. Shelia J. Lee        San Antonio, Tx. 78206


## Certificate of Service


I hereby Certify that a True And Correct Copy of the Above going Affiant have Been Served Upon the Respondent at his last known Address.

Done: the 10th day of February, 2006; /s/ _[signature]_
                                      Robert Lee Gill, Jr.