United States District Court
For The District of Columbia

Robert Lee Gill, Jr.
   Petitioner

Vs.                                       Civil Action No. 06-CV-0105-HHK

Sheriff Ralph Lopez, et al
   Respondents

Affidavit In Support Of Motion To Recuse
U.S. District Judge Henry H. Kennedy

To The Honorable Chief Judge Thomas Hogan And Judge H. H. Kennedy:

Affiant, Hacker Ward, Sid No. 188573, hereby certify that the Following Facts Are True And Correct Under the Penalty Of Perjury.

1. That Affiant is Over 18 Years Old And Of Sound And Reasonable Mind;
2. That Affiant has Perused the Petitioner's Motion For Permission To File Application For Writ Of Habeas Corpus, Civil Cover Sheet And Judge Kennedy's Order Of Denial, As Well As, The Writ Application;
3. That There Exist A "Overwhelming" Appearance Of "Biasness" By Judge Kennedy, Whom "Deliberately Overlooked" Petitioner's Request For Writ Of Habeas Corpus Pursuant To 28 U.S.C. 1446(e), To Which, Was Cited in "Front" Of The Statute 28 U.S.C. 2241... But 1446(e) Was "Not" Addressed By The Kennedy Court... Even Though, No Federal Order Of Remand Was Minuted.
4. That It Is A "Miscarriage Of Justice" For Any Federal Court To Leave A Petitioner Falsely Imprisoned, Who has Served..."More-Than"...The "Entire"...State Sentence. This Is "Not" Following the Rules Of Law For

Pg II: 4. The United States of America.

5. That Affiant has perused the State's Clerk Docket Sheet for Cause No. 93-CI-14511 and found "NO-WHERE" a Clerk's notation for "receival" of a Federal Order of Remand from "ANY" Federal District Court; However, two "Notice" of Removal to the Federal Courts was filed on "05/09/1994"...And..."10/08/2003"...But No "showing of" receival "of" any "Federal Orders of Remand;

6. That the law library does not make "copies" for prisoners;

7. That this Affidavit is made in good faith and not under any psychological or physical threats of harm but to support the Petitioner's assertion of biasness and prejudice of Judge Henry H. Kennedy against him and his removal issues;

8. That Affiant is willing to testify to the facts raised herein, by live testimony or by deposition.

I do declare under the penalty of perjury that the above going is true and correct.

Signed: the 10th day of February, 2006; /s/ Hodge A. Ward

cc: files;
                                   Hodge Ward
                                   Sid No. 188 523
                                   200 N. Comal
                                   San Antonio, Tx. 78207

## Certificate of Service

I hereby certify that a true and correct copy of this Affidavit has been given to the Petitioner Bill for service upon the Respondents at their last known addresses.

Done: the 10th day of February, 2006; /s/ Hodge A. Ward
                                                        Hodge Ward