## * D O C K E T   I N F O R M A T I O N *

CAUSE NUM: 1993CI14511
DATE FILED: 10/13/1993        COURT: 225        UNPAID BALANCE:        0.00
TYPE OF DOCKET: DIVORCE
                          * * * S T Y L E * * *
            ROBERT LEE GILL JR
                 VS MARVA B GILL

ACCOUNT TYPE: AG                ACCOUNT NO: 0009114251-E
ACCESS: 0                       STATUS: DISPOSED
LIST TYPE: E

                  * L I T I G A N T   I N F O R M A T I O N *
SEQ   LAST /FIRST /MIDDLE NAME            LIT. TYPE/ATTORNEY            DATE

00001 GILL ROBERT L JR                    PETITIONER               10/13/1993
                                          00001 ATTORNEY NAME NOT FOUND
                                          00007 ROBBINS, MICHAEL DAVID

00002 GILL MARVA B                        RESPONDENT               10/13/1993
                                          00002 CONLEY, LINDA H
                                          00004 CONLEY, CARLTON

00003 GILL ROSE                           WITNESS DEFENDANT        11/15/1993
00004 CALDWELL PATRICIA                   WITNESS DEFENDANT        02/18/1994
00005 STEVENS MARK                        WITNESS PLAINTIFF        06/07/1994
00006 MCGARITY SR CLIFTON                 WITNESS PLAINTIFF        06/07/1994
00007 PENNIX VIRGIE                       WITNESS PLAINTIFF        06/07/1994
00008 CURRY PETE M                        WITNESS PLAINTIFF        06/07/1994
00009 WILLIAMS CARNELL                    WITNESS PLAINTIFF        06/07/1994
00010 NOWACEK KAREN S                     WITNESS PLAINTIFF        06/07/1994
00011 THOMPSON MAXINE L                   WITNESS PLAINTIFF        06/07/1994
00012 O CONNOR ROBERT B                   WITNESS PLAINTIFF        06/07/1994
00013 MACRAE SHARON                       WITNESS PLAINTIFF        06/07/1994
00014 AGUILAR ELOY                        WITNESS PLAINTIFF        06/07/1994
00015 GAY EARNEST D                       WITNESS PLAINTIFF        06/07/1994
00016 KING MRS J D                        WITNESS PLAINTIFF        06/07/1994
00017 HILBIG STEVE                        WITNESS PLAINTIFF        06/09/1994
00018 RICHARDS ANN                        WITNESS PLAINTIFF        06/09/1994
00019 BURNS DIANA                         WITNESS PLAINTIFF        06/09/1994
00020 CLAY DAVID                          WITNESS PLAINTIFF        06/09/1994
00021 HICKS JESSIE M                      WITNESS PLAINTIFF        06/24/1994
00022 ESQUIVEL LOUIS H                    WITNESS PLAINTIFF        06/24/1994
00023 MIRELES GIL                         WITNESS PLAINTIFF        08/18/1994
00024 TUTT DARYL                          WITNESS PLAINTIFF        08/18/1994
00025 HARLE SID                           WITNESS PLAINTIFF        08/18/1994
00026 GARCIA DAVID                        WITNESS PLAINTIFF        08/18/1994
00027 TANNER MARTHA                       WITNESS PLAINTIFF        08/18/1994
00028 EDWARDS CHINEE                      WITNESS PLAINTIFF        08/19/1994
00029 TAYLOR LINDA F                      WITNESS PLAINTIFF        08/19/1994

```
RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG:  2  PGM: DKB4900P
RUN TIME: 09:39:16                                                  JCL: SPPROD
```

```
00030 HARDCASTLE MELANIE                 WITNESS PLAINTIFF          08/19/1994
00031 MARTINEZ LAZARIO                    WITNESS PLAINTIFF          08/19/1994
00032 MOORE TOMMY                         WITNESS PLAINTIFF          09/02/1994
00033 GLOSSON EDWIN                       WITNESS PLAINTIFF          09/02/1994
00034 KING DARLENE                        WITNESS PLAINTIFF          09/02/1994
00035 LOPEZ ROLAND                        WITNESS PLAINTIFF          09/02/1994
00036 WILHELMI LORI                       WITNESS DEFENDANT          09/02/1994
00037 GILL ROBERT JR                      DEFENDANT                  10/19/1998
00038 STATE OF TEXAS                      PLAINTIFF                  05/04/1999
                                          00006 ESCOBEDO, MARY ESTHER

00039 ATTORNEY GENERAL OF TEXAS JOHN CORN PLAINTIFF                  05/04/1999
                                          00006 ESCOBEDO, MARY ESTHER

00040 BUFORD BARBARA                      WITNESS PLAINTIFF          09/17/1999
00041 JOHNSON MARVA B                     OTHER                      06/15/2000
00042 ABBOTT ATTY GEN GREGG               PLAINTIFF                  05/07/2003
                                          00005 MUNOZ, MELISSA RAMOS
                                          00008 LE, HAO P

00043 GOVERNOR RICK PERRY                 WITNESS RESPONDENT         10/02/2003
                                          00008 LE, HAO P

00044 HONORABLE PHYLLIS SPEEDLIN          WITNESS RESPONDENT         10/02/2003
00045 STATE SENATOR FRANK MADLA           WITNESS RESPONDENT         10/02/2003
00046 GILL ROBERT LEE                     DEFENDANT                  03/02/2004

                   * S E R V I C E S    I N F O R M A T I O N *
SEQ    SERVICE TYPE / DATES               DIST    LITIGANT NAME

00001 CITATION                            183    GILL MARVA B
      ISS: 10/13/1993  REC: 10/18/1993  EXE: 10/19/1993  RET: 10/20/1993

00002 CITATION                            3      GILL JR ROBERT L
      ISS: 11/09/1993  REC: 11/09/1993  EXE: 11/09/1993  RET: 11/16/1993

00003 NOTICE OF TEMP PROTECTIVE           3      GILL JR ROBERT L
      ISS: 11/09/1993  REC: 11/09/1993  EXE: 11/09/1993  RET: 11/16/1993

00004 SUBPOENA DUCES TECUM                3      GILL ROSE
      ISS: 11/15/1993  REC: 11/15/1993  EXE: 11/20/1993  RET: 11/22/1993

00005 SUBPOENA                            3      CALDWELL PATRICIA
      ISS: 02/18/1994  REC: 02/18/1994  EXE:            RET:

00006 SUBPOENA DUCES TECUM                3      STEVENS MARK
      ISS: 06/07/1994  REC: 06/07/1994  EXE: 06/07/1994  RET: 06/13/1994

00007 SUBPOENA                            3      MCGARITY SR CLIFTON
      ISS: 06/07/1994  REC: 06/12/1994  EXE: 06/12/1994  RET: 06/13/1994

00008 SUBPOENA                            3      PENNIX VIRGIE
      ISS: 06/07/1994  REC: 06/12/1994  EXE: 06/12/1994  RET: 06/13/1994
```

Case 1:06-cv-00105-HHK   Document 8-5   Filed 02/15/2006   Page 3 of 29

```
00009 SUBPOENA                          3    CURRY PETE M
        ISS: 06/07/1994  REC: 06/08/1994  EXE: 06/08/1994  RET: 06/08/1994

00010 SUBPOENA                          3    WILLIAMS CARNELL
        ISS: 06/07/1994  REC: 06/12/1994  EXE: 06/12/1994  RET: 06/13/1994

00011 SUBPOENA                          3    NOWACEK KAREN S
        ISS: 06/07/1994  REC: 06/07/1994  EXE: 06/07/1994  RET: 06/09/1994

00012 SUBPOENA                          3    THOMPSON MAXINE L
        ISS: 06/07/1994  REC: 06/07/1994  EXE: 06/07/1994  RET: 06/09/1994

00013 SUBPOENA DUCES TECUM              3    O CONNOR ROBERT B
        ISS: 06/07/1994  REC: 06/08/1994  EXE: 06/08/1994  RET: 06/08/1994

00014 SUBPOENA DUCES TECUM              3    MACRAE SHARON
        ISS: 06/07/1994  REC: 06/08/1994  EXE: 06/08/1994  RET: 06/08/1994

00015 SUBPOENA DUCES TECUM              3    AGUILAR ELOY
        ISS: 06/07/1994  REC: 06/07/1994  EXE: 06/07/1994  RET: 06/09/1994

00016 SUBPOENA DUCES TECUM              3    GAY EARNEST D
        ISS: 06/07/1994  REC: 06/08/1994  EXE: 06/08/1994  RET: 06/08/1994

00017 SUBPOENA DUCES TECUM              3    KING MRS J D
        ISS: 06/07/1994  REC: 06/12/1994  EXE: 06/12/1994  RET: 06/13/1994

00018 SUBPOENA DUCES TECUM              3    HILBIG STEVE
        ISS: 06/09/1994  REC: 06/09/1994  EXE:          RET:

00019 SUBPOENA DUCES TECUM              3    RICHARDS ANN
        ISS: 06/09/1994  REC: 06/09/1994  EXE:          RET:

00020 SUBPOENA DUCES TECUM              3    BURNS DIANA
        ISS: 06/09/1994  REC: 06/09/1994  EXE:          RET:

00021 SUBPOENA                          3    CLAY DAVID
        ISS: 06/09/1994  REC: 06/09/1994  EXE:          RET:

00022 SUBPOENA                          3    HICKS JESSIE M
        ISS: 06/24/1994  REC: 06/24/1994  EXE:          RET:

00023 SUBPOENA DUCES TECUM              3    ESQUIVEL LOUIS H
        ISS: 06/24/1994  REC: 06/24/1994  EXE:          RET:

00024 CITATION                          3    GILL JR ROBERT L
        ISS: 08/04/1994  REC: 08/05/1994  EXE:          RET:

00025 NOTICE AND TEMP RSTN ORDE         3    GILL JR ROBERT L
        ISS: 08/04/1994  REC: 08/05/1994  EXE:          RET:

00026 CITATION                          3    GILL JR ROBERT L
        ISS: 08/11/1994  REC: 08/11/1994  EXE:          RET:
```

---

00027 NOTICE AND TEMP RSTN ORDE          3    GILL JR ROBERT L
      ISS: 08/11/1994  REC: 08/11/1994  EXE:           RET:

00028 SUBPOENA DUCES TECUM               3    MIRELES GIL
      ISS: 08/18/1994  REC: 08/18/1994  EXE:           RET:

00029 SUBPOENA                         183    TUTT DARYL
      ISS: 08/18/1994  REC: 08/18/1994  EXE: 08/19/1994  RET: 08/22/1994

00030 SUBPOENA                           3    HARLE SID
      ISS: 08/18/1994  REC: 08/19/1994  EXE:           RET: 08/22/1994

00031 SUBPOENA DUCES TECUM               3    GARCIA DAVID
      ISS: 08/18/1994  REC: 08/19/1994  EXE: 08/19/1994  RET: 08/22/1994

00032 SUBPOENA                         183    ESQUIVEL LOUIS H
      ISS: 08/18/1994  REC: 08/18/1994  EXE: 08/19/1994  RET: 08/22/1994

00033 SUBPOENA                         183    GAY EARNEST D
      ISS: 08/18/1994  REC: 08/18/1994  EXE:           RET: 10/12/1994

00034 SUBPOENA                           3    TANNER MARTHA
      ISS: 08/18/1994  REC: 08/19/1994  EXE: 08/19/1994  RET: 08/22/1994

00035 SUBPOENA                           3    EDWARDS CHINEE
      ISS: 08/19/1994  REC: 08/19/1994  EXE: 08/20/1994  RET: 08/22/1994

00036 SUBPOENA                           3    TAYLOR LINDA F
      ISS: 08/19/1994  REC: 08/19/1994  EXE: 08/20/1994  RET: 08/22/1994

00037 SUBPOENA                           3    HARDCASTLE MELANIE
      ISS: 08/19/1994  REC: 08/19/1994  EXE: 08/20/1994  RET: 08/22/1994

00038 SUBPOENA                           3    MARTINEZ LAZARIO
      ISS: 08/19/1994  REC: 08/19/1994  EXE: 08/20/1994  RET: 08/22/1994

00039 SUBPOENA                           3    TUTT DARYL
      ISS: 08/19/1994  REC: 08/19/1994  EXE: 08/20/1994  RET: 08/22/1994

00040 SUBPOENA                           3    MOORE TOMMY
      ISS: 09/02/1994  REC: 09/02/1994  EXE:           RET:

00041 SUBPOENA                           3    GLOSSON EDWIN
      ISS: 09/02/1994  REC: 09/02/1994  EXE:           RET:

00042 SUBPOENA                           3    KING DARLENE
      ISS: 09/02/1994  REC: 09/02/1994  EXE:           RET:

00043 SUBPOENA                           3    LOPEZ ROLAND
      ISS: 09/02/1994  REC: 09/02/1994  EXE:           RET:

00044 SUBPOENA                           3    TUTT DARYL
      ISS: 09/02/1994  REC: 09/02/1994  EXE:           RET:

00045 SUBPOENA                              3      ESQUIVEL LOUIS H
      ISS: 09/02/1994  REC: 09/02/1994  EXE:              RET:

00046 SUBPOENA                              3      HICKS JESSIE M
      ISS: 09/02/1994  REC: 09/02/1994  EXE:              RET:

00047 SUBPOENA DUCES TECUM                  3      WILHELMI LORI
      ISS: 09/02/1994  REC: 09/02/1994  EXE: 09/02/1994  RET: 09/15/1994

00048 SUBPOENA                              3      TUTT DARYL
      ISS: 09/02/1994  REC: 09/02/1994  EXE: 09/02/1994  RET: 09/15/1994

00049 SUBPOENA                              3      EDWARDS CHINEE
      ISS: 09/02/1994  REC: 09/02/1994  EXE: 09/02/1994  RET: 09/15/1994

00050 SUBPOENA                              3      TAYLOR LINDA F
      ISS: 09/02/1994  REC: 09/02/1994  EXE: 09/02/1994  RET: 09/15/1994

00051 SUBPOENA                              3      HARDCASTLE MELANIE
      ISS: 09/02/1994  REC: 09/02/1994  EXE: 09/02/1994  RET: 09/15/1994

00052 SUBPOENA                              3      MARTINEZ LAZARIO
      ISS: 09/02/1994  REC: 09/02/1994  EXE: 09/03/1994  RET: 09/15/1994

00053 CITATION/CHILD SUPPORT             195      GILL JR ROBERT
      ISS: 10/20/1998  REC: 10/20/1998  EXE:              RET: 12/21/1998

00054 PRECEPT W/HEARING CHILD S          195      GILL JR ROBERT
      ISS: 10/20/1998  REC: 10/20/1998  EXE:              RET: 12/21/1998

00055 NOTICE OF DEFAULT JUDGMEN          999      CALDWELL PATRICIA
      ISS: 03/05/1999  REC:             EXE:              RET:

00056 CITATION/CHILD SUPPORT             195      GILL JR ROBERT L
      ISS: 05/12/1999  REC: 05/14/1999  EXE: 05/25/1999  RET: 05/26/1999

00057 PRECEPT W/HEARING CHILD S          195      GILL JR ROBERT L
      ISS: 05/12/1999  REC: 05/14/1999  EXE: 05/25/1999  RET: 05/26/1999

00058 SUBPOENA                              3      BUFORD BARBARA
      ISS: 09/17/1999  REC: 09/20/1999  EXE: 09/17/1999  RET: 09/20/1999

00059 WRIT ATTCHMNT & COMMITTME          193      GILL JR ROBERT
      ISS: 12/07/1999  REC: 12/07/1999  EXE: 02/14/2000  RET: 02/15/2000

00060 SUBPOENA                            197      JOHNSON MARVA B
      ISS: 06/15/2000  REC: 06/15/2000  EXE: 06/17/2000  RET: 06/19/2000

00061 WRIT ATTCHMNT & COMMITTME          193      GILL JR ROBERT
      ISS: 09/20/2000  REC: 09/20/2000  EXE: 09/10/2001  RET: 09/11/2001

00062 NOTICE OF DEFAULT JUDGMEN          999      GILL JR ROBERT L
      ISS: 09/20/2000  REC:             EXE:              RET:

```
00063 CITATION/CHILD SUPPORT          195     GILL JR ROBERT
      ISS: 05/13/2003  REC: 05/14/2003  EXE: 07/26/2003  RET: 07/28/2003

00064 PRECEPT W/HEARING CHILD S        195     GILL JR ROBERT
      ISS: 05/13/2003  REC: 05/14/2003  EXE: 07/26/2003  RET: 07/28/2003

00065 SUBPOENA DUCES TECUM               3
      ISS: 10/02/2003  REC:          EXE:            RET:

00066 SUBPOENA                           3
      ISS: 10/02/2003  REC:          EXE:            RET:

00067 SUBPOENA DUCES TECUM               3
      ISS: 10/02/2003  REC:          EXE:            RET:

00068 SUBPOENA DUCES TECUM               3
      ISS: 10/02/2003  REC:          EXE:            RET:

00069 WRIT OF CAPIAS/CHILD SUPP         111     GILL JR ROBERT
      ISS: 11/18/2003  REC: 11/18/2003  EXE: 12/30/2003  RET: 12/31/2003

00070 WRIT ATTCHMNT & COMMITTME        193     GILL ROBERT L
      ISS: 03/03/2004  REC: 03/03/2004  EXE: 04/25/2005  RET: 04/27/2005

00071 NOTICE OF ORDER RULE 306A        152     GILL JR ROBERT L
      ISS: 03/08/2004  REC:          EXE:            RET:

00072 NOTICE OF ORDER RULE 306A        152     CONLEY LINDA H
      ISS: 03/08/2004  REC:          EXE:            RET:

00073 NOTICE OF ORDER RULE 306A        152     CONLEY CARLTON
      ISS: 03/08/2004  REC:          EXE:            RET:

00074 NOTICE OF ORDER RULE 306A        152     MUNOZ MELISSA RAMOS
      ISS: 03/08/2004  REC:          EXE:            RET:

00075 NOTICE OF ORDER RULE 306A        152     ESCOBEDO MARY ESTHER
      ISS: 03/08/2004  REC:          EXE:            RET:

00076 NOTICE OF ORDER RULE 306A        152     ROBBINS MICHAEL DAVI
      ISS: 03/08/2004  REC:          EXE:            RET:

00077 NOTICE OF ORDER RULE 306A        152     LE HAO P
      ISS: 03/08/2004  REC:          EXE:            RET:
```

```
                    * A T T O R N E Y   I N F O R M A T I O N *
 SEQ   DATE FILED  BAR NBR.  NAME                          STATUS          DATE

00002 11/09/1993  04665050  CONLEY, LINDA H               ASSIGNED
00004 06/01/1994  04663030  CONLEY, CARLTON               ASSIGNED
00005 10/19/1998  00786186  MUNOZ, MELISSA RAMOS          ASSIGNED
```

```
RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 7  PGM: DKB4900P
RUN TIME: 09:39:17                                                   JCL: SPPROD
```

```
00006 05/04/1999  09519100  ESCOBEDO, MARY ESTHE      SELECTED    05/12/1999
00007 06/09/1999  16984600  ROBBINS, MICHAEL DAV      SELECTED    06/09/1999
00008 10/09/2003  00796937  LE, HAO P                 SELECTED    10/10/2003
```

```
              * P R O C E E D I N G      I N F O R M A T I O N *
  SEQ       DATE FILED          REEL      IMAGE     PAGE COUNT

00001      10/13/1993          0000      0000        0000
           DESC: PETITION FOR DIVORCE
00002      10/13/1993          0000      0000        0000
           DESC: SERVICE ASSIGNED TO CLERK 4
00003      10/13/1993          0000      0000        0000
           DESC: ACKNOWLEDGMENT OF PROPRIA PERS
00005      11/09/1993          0000      0000        0000
           DESC: MOTION FOR
                 TPO & ORDER SETTING TEMP ORDERS        LC
00006      11/09/1993          0000      0000        0000
           DESC: SERVICE ASSIGNED TO CLERK 3
00007      11/09/1993          0000      0000        0000
           DESC: ORIGINAL
                 CROSS PETITION FOR DIVORCE
00008      11/09/1993          0000      0000        0000
           DESC: ORIGINAL ANSWER
                 OF MARVA GILL
00009      11/10/1993          0000      0000        0000
           DESC: CERTIFIED COPY SENT TO SHERIFF
00010      11/10/1993          0000      0000        0000
           DESC: CERTIFIED COPY SENT TO SAPD
00011      11/12/1993          0000      0000        0000
           DESC: REQUEST
                 FOR (1) H/D SUBDT W/T
00012      11/15/1993          0000      0000        0000
           DESC: SERVICE ASSIGNED TO CLERK 2
00014      11/22/1993          0000      0000        0000
           DESC: MOTION TO
                 SET 13 HEARING ON NON JURY TRIAL/MERITRG
00016      11/22/1993          0000      0000        0000
           DESC: MOTION FOR
                 RULE 13 HEARING   RG
00018      11/22/1993          0000      0000        0000
           DESC: MOTION FOR
                 TEMP PROTECTIVE ORDER           LC
00020      11/24/1993          0000      0000        0000
           DESC: MOTION FOR
                 NOTICE/HEARING FOR TEMP ORDERS LC
00021      12/02/1993          0000      0000        0000
           DESC: CROSS RESPONDENT
                 OBJECTIONS TO TEMPORARY ORDERS & REQ FOR
00022      12/02/1993          0000      0000        0000
           DESC: CONTINUED
                 JURY TRIAL FOR DAMAGES AND DISCOVERY  RG
00023      12/09/1993          0000      0000        0000
           DESC: CERTIFIED COPY SENT TO SHERIFF
```

| | | | | |
|---|---|---|---|---|
| 00024 | 12/09/1993 | 0000 | 0000 | 0000 |
| | DESC: CERTIFIED COPY SENT TO SAPD | | | |
| 00026 | 12/28/1993 | 0000 | 0000 | 0000 |
| | DESC: MOTION TO | | | |
| | SET NON JURY TRIAL/MERITS LC | | | |
| 00028 | ✳ 01/27/1994 | 0000 | 0000 | 0000 |
| | ✳ DESC: JURY FEE PAID | | | |
| 00029 | 02/16/1994 | 0000 | 0000 | 0000 |
| | DESC: NOTICE OF | | | |
| | HRNG 057 030194 0815 PER JDG GONZALEZ | | | |
| 00030 | 02/16/1994 | 0000 | 0000 | 0000 |
| | DESC: COURT | | | |
| | MTN PURSUANT TO THE ADR PROCEDURES ACT | | | |
| 00031 | 02/18/1994 | 0000 | 0000 | 0000 |
| | DESC: REQUEST | | | |
| | FOR HD SUBP W/TENDER | | | |
| 00036 | 03/08/1994 | 0000 | 0000 | 0000 |
| | DESC: LETTER | | | |
| | TO MR VICTOR RODRIGUEZ FROM ROBT LEE GIL | | | |
| 00033 | 03/22/1994 | 0000 | 0000 | 0000 |
| | DESC: MOTION TO | | | |
| | SET HRNG ON MF APPT OF ATTY AD LITEM LC | | | |
| 00034 | 03/22/1994 | 0000 | 0000 | 0000 |
| | DESC: MOTION FOR | | | |
| | APPOINTMENT OF AN AD LITEM | | | |
| 00035 | 03/22/1994 | 0000 | 0000 | 0000 |
| | DESC: MOTION FOR | | | |
| | PREPARATION OF SOCIAL STUDY | | | |
| 00037 | 05/09/1994 | 0000 | 0000 | 0000 |
| | DESC: NOTICE OF REMOVAL TO FEDERAL C | | | |
| 00038 | 05/27/1994 | 0000 | 0000 | 0000 |
| | DESC: SOCIAL STUDY REPORT | | | |
| 00039 | 06/01/1994 | 0000 | 0000 | 0000 |
| | DESC: NOTICE OF | | | |
| | DESIGNATION OF CO-COUNSEL | | | |
| 00040 | 06/07/1994 | 0000 | 0000 | 0000 |
| | DESC: REQUEST | | | |
| | 4 HD SUBPOENA W/T & 1 HD SUBP DT W/T | | | |
| 00041 | 06/07/1994 | 0000 | 0000 | 0000 |
| | DESC: REQUEST | | | |
| | 2 HD SUBPOENA W/T & 3 HD SUBP DT W/T | | | |
| 00042 | 06/07/1994 | 0000 | 0000 | 0000 |
| | DESC: REQUEST | | | |
| | 2 HD SUBPOENA DT W/TENDER | | | |
| 00043 | 06/09/1994 | 0000 | 0000 | 0000 |
| | DESC: REQUEST | | | |
| | 3 HD SUBP DT W/T & 1 HD SUBP W/TENDER | | | |
| 00044 | 06/10/1994 | 0000 | 0000 | 0000 |
| | DESC: MOTION TO | | | |
| | QUASH SUBPOENA & FOR A PROTECTIVE ORDER | | | |
| 00045 | 06/10/1994 | 0000 | 0000 | 0000 |
| | DESC: CHARGE OF THE COURT | | | |

```
00046     06/10/1994        0000        0000        0000
          DESC: DEFENDANT'S MOTION
                IN LIMINE
00047     06/10/1994        0000        0000        0000
          DESC: MOTION FOR
                SPECIAL INSTRUCTION TO JUSY PANEL
00049     06/22/1994        0000        0000        0000
          DESC: MOTION FOR
                CONTINUANCE                  LC
00050     06/22/1994        0000        0000        0000
          DESC: MOTION FOR
                PREFERENTIAL SPECIAL SETTING    LC
00051     06/24/1994        0000        0000        0000
          DESC: REQUEST
                HAND DELIVER SUBPOENA & SUBPOENA D/T W/T
00052     06/27/1994        0000        0000        0000
          DESC: MOTION FOR
                JUDICIAL NOTICE OF PLAINTIFFS MOTION TO
00053     06/27/1994        0000        0000        0000
          DESC: CONTINUED
                VACATE JUDGMENT & PERJURY       RLG
00054     06/27/1994        0000        0000        0000
          DESC: AFFIDAVIT
                OF ROBERT B O'CONNOR
00055     06/27/1994        0000        0000        0000
          DESC: EXHIBITS
                FROM DR DIANNA BURNS
00057     07/29/1994        0000        0000        0000
          DESC: FIRST SET INTERROGATORIES TO
                & REQ FOR PROD TO RONERT LEE GILL JR
00058     08/04/1994        0000        0000        0000
          DESC: SERVICE ASSIGNED TO CLERK 5
00060     08/04/1994        0000        0000        0000
          DESC: MOTION FOR
                TRO & TEMPORARY ORDERS  LC*RESET*082294
00061     08/04/1994        0000        0000        0000
          DESC: NON JURY TRACKING
                RESET TO 08/22/94    LC
00062     08/04/1994        0000        0000        0000
          DESC: APPLICATION FOR
                TRO & TEMPORARY INJUNCTION
00064     08/11/1994        0000        0000        0000
          DESC: MOTION FOR
                TRO & TEMPORARY ORDERS  LC
00065     08/11/1994        0000        0000        0000
          DESC: NON JURY TRACKING
                TEMP REST ORDER EXTENDED/OTC/JG MCMANUS
00066     08/18/1994        0000        0000        0000
          DESC: REQUEST
                3 HD SUBP W/T & 3 SUBP W/T
00067     08/18/1994        0000        0000        0000
          DESC: REQUEST
```

```
                     1 HD SUBPOENA W/TENDER
00068      08/19/1994          0000      0000         0000
           DESC: REQUEST
                     5 HAND DELIVER SUBPOENAS W/TENDER
00070      08/19/1994          0000      0000         0000
           DESC: MOTION FOR
                     RULE 11 HEARING & CONTEMPT HEARING  RG
00071      08/19/1994          0000      0000         0000
           DESC: NON JURY TRACKING
00073      08/19/1994          0000      0000         0000
           DESC: MOTION TO
                     SET NON JURY TRIAL/MERITS  RG
00074      08/19/1994          0000      0000         0000
           DESC: NON JURY TRACKING
00075      08/19/1994          0000      0000         0000
           DESC: REQUEST
                     5 HAND DELIVER SUBPOENAS W/TENDER
00076      08/19/1994          0000      0000         0000
           DESC: MOTION FOR
                     NON-JURY SETTING
00077      08/19/1994          0000      0000         0000
           DESC: AFFIDAVIT OF
                     DALLAS RAY MIKOLAJCZYK
00078      08/26/1994          0000      0000         0000
           DESC: REQUEST
                     FOR SUBMISSION OF ISSUES
00079      08/26/1994          0000      0000         0000
           DESC: NOTICE OF
                     FILING BUSINESS RECDS
00080      09/02/1994          0000      0000         0000
           DESC: REQUEST
                     7 HD SUBPOENA W/TENDER
00081      09/02/1994          0000      0000         0000
           DESC: REQUEST
                     3 HD SUBPOENA W/TENDER
00082      09/02/1994          0000      0000         0000
           DESC: REQUEST
                     1 HD SUBPOENA DT W/TENDER
00084      09/02/1994          0000      0000         0000
           DESC: MOTION TO
                     SET SPECIAL APPEARANCE  (B)  CK
00085      09/02/1994          0000      0000         0000
           DESC: NON JURY TRACKING
                     SETTING DROPPED
00087      09/02/1994          0000      0000         0000
           DESC: MOTION FOR
                     RULE 11 HEARING & CONTEMPT HEARING  RG
00088      09/02/1994          0000      0000         0000
           DESC: NON JURY TRACKING
                     SETTING DROPPED
00089      09/02/1994          0000      0000         0000
           DESC: WITNESS
```

RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 11 PGM: DKB4900P
RUN TIME: 09:39:18                                                          JCL: SPPROD

```
                    LIST
00090      09/06/1994          0000        0000            0000
           DESC: SUBPOENA
                    TO OFFICER DARYL TUTT 903
00091      09/06/1994          0000        0000            0000
           DESC: SUBPOENA
                    TO ROLAND LOPEZ
00092      09/06/1994          0000        0000            0000
           DESC: SUBPOENA
                    TO OFFICER LUIS H ESQUIVEL 836
00093      09/06/1994          0000        0000            0000
           DESC: SUBPOENA
                    TO EDWIN GLOSSON
00094      09/06/1994          0000        0000            0000
           DESC: SUBPOENA
                    TO TOMMY MOORE
00095      09/06/1994          0000        0000            0000
           DESC: SUBPOENA
                    TO JESSE MAE HICKS
00096      09/06/1994          0000        0000            0000
           DESC: SUBPOENA
                    TO DARLENE KING
00098      09/15/1994          0000        0000            0000
           DESC: MOTION FOR
                    ABEYANCE OF APPEAL PROCEEDINGS    RG
00099      09/15/1994          0000        0000            0000
           DESC: NON JURY TRACKING
                    SETTING DROPPED
00100      10/21/1994          0000        0000            0000
           DESC: CERTIFICATE OF
                    ADDRESS OF ROBERT LEE GILL JR
00101      10/21/1994          0000        0000            0000
           DESC: STREET ADDRESS
                    202 HONEY BLVD
00102      10/21/1994          0000        0000            0000
           DESC: CITY/ZIP
                    SAN ANTONIO, TX  78220
00103      11/06/1994          0000        0000            0000
           DESC: CERTIFICATE OF DIVORCE
00104      11/21/1995          0000        0000            0000
           DESC: LETTER
                    FR ROBFERT GILL,JR REQ CY OF CROSS PET
00105      11/21/1995          0000        0000            0000
           DESC: CONTINUED
                    FOR DIV/MLD
00106      07/18/1996          0000        0000            0000
           DESC: CASE CLOSED FINAL JUD AFTER NO
00107      07/18/1996          0000        0000            0000
           DESC: BILL OF COST AGAINST WHOM INCU
90108      08/29/1996          0000        0000            0000
           DESC: EX PLEDS/ARCHIVES/BOX
                    338
```

Case 1:06-cv-00105-HHK   Document 8-5   Filed 02/15/2006   Page 12 of 29

```
00143      05/01/1998        13184       0011         0000
           DESC: FILE MICROFILMED
                 REEL 13184 IMAGE 0011 THRU 0011
00109      10/19/1998        0000        0000         0000
           DESC: REINSTATEMENT MOT TO MOD SUPP
00111      10/19/1998        0000        0000         0000
           DESC: MOTION TO
                 MODIFY AND SET SUPPORT IN SAPCR
00113      12/03/1998        0000        0000         0000
           DESC: MOTION TO RESET RESETTING TRIA
00115      01/20/1999        0000        0000         0000
           DESC: RESPONDENT
                 OBJECTIONS TO THE JURISDICTION OF THIS
                 COURT & PLAINTIFFS MOTION TO MODIFY &
                 SET SUPPORT IN SUIT AFFECTING THE P/C/R
                 & RESPONDENTS MOTION FOR TRANSFER TO THE
                 U S DISTRICT COURT OF THE WESTRN DISTR
                 OF TX MIDLAND-ODESSA DIVISION
00116      01/29/1999        0000        0000         0000
           DESC: CASE CLOSED CASE DISPOSED AFTE
00117      02/11/1999        0000        0000         0000
           DESC: NOTICE OF DESTRUCTION OF EXHIB
00118      02/26/1999        0000        0000         0000
           DESC: NOTICE OF APPEAL
                 ROBERT LEE GILL JR
00119      02/26/1999        0000        0000         0000
           DESC: AFFD OF INABILITY TO PAY COSTS
00120      03/02/1999        0000        0000         0000
           DESC: CLERKS RECORD
                 INFO:MAILED OUT TO SUPREME COURT
                 IN AUSTIN/AFFIDAVIT OF INABILITY
00121      03/02/1999        0000        0000         0000
           DESC: CLERKS RECORD
                 INFO:STENO BOOK#6, PAGE 39
00122      03/05/1999        0000        0000         0000
           DESC: CERTIFICATE OF ADDRESS
00123      03/09/1999        0000        0000         0000
           DESC: COPY
                 OF LETTER REGARDING FILING OF CASE IN
                 THE SUPREME COURT OF TEXAS/AUSTIN FROM
                 ELIZABETH A SAUNDERS/CHIEF DEPUTY CLERK
00124      03/15/1999        0000        0000         0000
           DESC: PLAINTIFF EXHIBITS DESTROYED
00125      03/15/1999        0000        0000         0000
           DESC: DEFENDANT EXHIBITS DESTROYED
00126      03/18/1999        0000        0000         0000
           DESC: AFFIDAVIT
                 OF FINANCIAL STATUS BY ROBERT GILL, JR.
00127      03/31/1999        0000        0000         0000
           DESC: MOTION TO
                 PLACE APPELLANT'S PARENT HOME AS BOND
                 FOR MOTION TO STAY OF JUDGE MARTHA
```

RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 13 PGM: DKB4900P
RUN TIME: 09:39:18                                                                JCL: SPPROD
```
                    TANNER'S ORDER PURSUANT TO 28 USC 1651
                    AND 2101 (E) & (F)
  00128    03/31/1999        0000      0000        0000
           DESC: AFFIDAVIT
                    OF FACTS IN SUPPORT OF APPELLANT'S USE
                    OF AFFIANT HOME AS BOND FOR A ORDER OF
                    STAY
  00129    04/05/1999        0000      0000        0000
           DESC: MOTION FOR LEAVE TO FILE
                    IN FORMA PAUPERIS APPEAL OF STATE'S
                    DENIEL OF FEDERAL JURISDICTION PURSUANT
                    TO 28 USC 1446 (D) AND 1447 (C) AND
                    REQUEST FOR RELIEF PURSUANT TO THE ALL
                    WRITS ACT
  00130    04/05/1999        0000      0000        0000
           DESC: EXHIBITS
                    IN SUPPORT OF MOTION FOR LEAVE TO FILE
                    IN THE SUPREME COURT OF THE UNITED STATE
  00131    04/07/1999        0000      0000        0000
           DESC: CLERKS RECORD
                    SENT TO SUPREME COURT OF THE UNITED
                    STATES, OFFICE OF THE CLERK, WASHINGTON,
                    D.C., 20543-0001    2 VOLUMES   NO COST
                    INFO IN STENO BOOK 6, PAGE 65
  00132    04/19/1999        0000      0000        0000
           DESC: LETTER
                    RETURNED CLERKS RECORD FROM SUPREME
                    COURT OF UNITED STATES-NO NOTICE GIVEN
                    THERE AND IF THEY NEED CLERKS RECORD
                    LATER THEY WILL REQUEST IT.
  00133    04/19/1999        0000      0000        0000
           DESC: AFFIDAVIT FOR
                    IN SUPPORT OF MOTION FOR LEAVE AND
                    ADVISORY TO THE COURT ON EXHIBIT
                    CASSETTE TAPE OF ROBERT LEE GIL
  00134    04/19/1999        0000      0000        0000
           DESC: LETTER TO DISTRICT CLERK
                    FROM ROBERT LEE GILL JR
  00135    04/29/1999        0000      0000        0000
           DESC: LETTER
                    TO MR GREER FROM ROBERT LEE GIL JR RE:
                    PURCHASING COPIES OF FEDERAL ORDER OF
                    REMAND FOR STATE CAUSES
  00136    04/29/1999        0000      0000        0000
           DESC: SUBPOENA
                    MIKE MCDANIEL
  00137    05/04/1999        0000      0000        0000
           DESC: REINSTATEMENT AFTER ORIGINAL J
  00138    05/04/1999        0000      0000        0000
           DESC: MOTION FOR
                    ENFORCEMENT OF CHILD SUPPORT ORDER
  00140    06/04/1999        0000      0000        0000
           DESC: LETTER TO DISTRICT CLERK
```

RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 14 PGM: DKB4900P
RUN TIME: 09:39:18                                                        JCL: SPPROD

```
              FROM ROBERT LEE GILL, JR RE: SRVCE &
              PROOF OF SRVC OF MOTION TO VACATE JDGMNT
              W/A RQST FOR TRO
00142      06/09/1999          0000      0000        0000
           DESC: ORDER APPOINTING COUNSEL AND S
00144      06/29/1999          0000      0000        0000
           DESC: MOTION TO
              DISMISS & TO STAY FURTHER PROCEEDINGS
              AND MOTION FOR PAYMENT OF ATTORNEY FEES
              AND COSTS OF COURT OF ROBERT LEE GILL JR
00146      07/01/1999          0000      0000        0000
           DESC: ORDER RESETTING ENFORCEMENT CA
              FOR TRIAL ON THE MERITS (AGREED)
00147      07/08/1999          0000      0000        0000
           DESC: ORIGINAL ANSWER
              OF THE ATTORNEY GENERAL OF TEXAS
00149      07/09/1999          0000      0000        0000
           DESC: ORDER TO RESET FOR CONFINMENT/
00150      07/09/1999          0000      0000        0000
           DESC: ASSOCIATE JUDGE'S RECOMMENDATI
00151      07/15/1999          0000      0000        0000
           DESC: CASE CLOSED CASE DISPOSED AFTE
00153      07/26/1999          0000      0000        0000
           DESC: CONDITIONAL RELEASE ORDER
00155      08/31/1999          0000      0000        0000
           DESC: ORDER RESETTING ENFORCEMENT CA
00159      08/31/1999          0000      0000        0000
           DESC: ASSOCIATE JUDGE'S RECOMMENDATI
00156      09/10/1999          0000      0000        0000
           DESC: MOTION FOR
              ENLARGEMENT OF TIME PURSUANT TO RULE 5
              TRC TO FILE DE NOVO REVIEW OF AND
              OBJECTIONS TO THE MASTER'S ORDERS
              ENTERED ON AUGUST 31, 1999
00158      09/15/1999          0000      0000        0000
           DESC: AMENDED PETITION
              FOR DE NOVO REVIEW OF & OBJECTIONS TO
              MASTERS ORDERS ENTERED ON 083199 &
              RQST FOR HEARING ON 'AGGRIEVATED PERJURY
              BEING COMMITTED THROUGHOUT THESE DIVORCE
              PROCEEDINGS WITH IMPUNITY
00160      09/16/1999          0000      0000        0000
           DESC: LETTER
              TO R L GILL FROM A M LIDDELL
00161      09/17/1999          0000      0000        0000
           DESC: SERVICE ASSIGNED TO CLERK 2
00162      09/17/1999          0000      0000        0000
           DESC: REQUEST FOR
              HD SUPB
00163      09/20/1999          0000      0000        0000
           DESC: MOTION FOR
              JUDICIAL NOTICE
```

```
00164      09/20/1999         0000      0000         0000
           DESC: AFFIDAVIT OF
                 SERVICE OF WILLIAM FONTELROY
00165      09/20/1999         0000      0000         0000
           DESC: MOTION FOR
                 JUDICIAL NOTICE OF ROBERT LEE GILL JR
00166      09/20/1999         0000      0000         0000
           DESC: MOTION FOR
                 CONTINUANCE
00168      09/27/1999         0000      0000         0000
           DESC: SPECIAL EXCEPTIONS
                 & RSPNSE TO 2ND AMENDED PETITION FOR
                 OBJECTS TO MASTER'S ORDERS ENTERED ON
                 08/31/99 AMENDING INTO A MTN TO MODIFY,
                 CORRECT OR REFORM JUDGMENT & MTN FOR
                 HEARING ON CHARGES OF PERJURY OF THE
                 OFFICE OF THE ATTY GENERAL
00170      10/05/1999         0000      0000         0000
           DESC: ORDER RESETTING ENFORCEMENT CA
00171      10/05/1999         0000      0000         0000
           DESC: MOTION FOR
                 JUDICIAL NOTICE & DISMISSAL OF
                 PROCEEDINGS FOR VIOLATION OF TX FAMILY
                 CODE
00174      10/07/1999         0000      0000         0000
           DESC: PETITIONER
                 FOR DE NOVO REVIEW OF THE DENIAL OF
                 PETITIONER'S MOTION FOR JUDICIAL NOTICE
00173      10/15/1999         0000      0000         0000
           DESC: ORIGINAL ANSWER
                 OF ATTORNEY GENERA
00175      10/25/1999         0000      0000         0000
           DESC: RECEIPT
                 EXHIBIT 1 ENVELOPE - NON-JURY TRIAL -
                 10/21/99 - JUDGE BERCHELMANN - COURT
                 REPORTER BOB HOGAN - EXHIBIT TO BE KEPT
                 IN THE 37TH D.C.
00177      11/05/1999         0000      0000         0000
           DESC: ORDER RESETTING ENFORCEMENT CA
00178      12/02/1999         0000      0000         0000
           DESC: OPINION
                 PETITION FOR ORIGINAL APPLICATION FOR
                 HABEAS CORPUS DISMISSED FOR LACK OF
                 JURISDICTION
00179      12/06/1999         0000      0000         0000
           DESC: COPY
                 OF LETTER FROM SUPREME COURT/AUSTIN
00180      12/07/1999         0000      0000         0000
           DESC: ORIGINAL
                 OFFICIAL NOTICE FROM SUPREME COURT/AUSTI
00181      01/14/2000         0000      0000         0000
           DESC: COPY
```

```
                 OF LETTER FROM SUPREME COURT/AUSTIN
00183      02/22/2000        0000      0000          0000
           DESC: CONDITIONAL RELEASE ORDER
00185      02/25/2000        0000      0000          0000
           DESC: ORDER RESETTING ENFORCEMENT CA
00187      03/24/2000        0000      0000          0000
           DESC: ORDER RESETTING ENFORCEMENT CA
00190      05/16/2000        0000      0000          0000
           DESC: NOTICE OF
                 APPEAL OF MASTER'S REPORT
00193      05/24/2000        0000      0000          0000
           DESC: AFFIDAVIT OF
                 FACTS IN SUPPORT OF MTN FOR CONTINUANCE
00197      05/30/2000        0000      0000          0000
           DESC: NOTICE
                 OF APPEAL OF MASTERS REPORT
00198      05/31/2000        0000      0000          0000
           DESC: MEMORANDUM
                 OF LAW IN SUPPORT OF MAPPELLANT'S
                 NOTICE OF APPEAL'S GROUNDS OF ERRORS OF
                 THE MASTER'S REPORT PURSUANT TO 201.012
                 & 201.013
00200      06/15/2000        0000      0000          0000
           DESC: REQUEST FOR
                 SUBP SHRF
00202      06/22/2000        0000      0000          0000
           DESC: AFFIDAVIT OF
                 POVERTY FOR APPEAL
00203      06/22/2000        0000      0000          0000
           DESC: NOTICE OF APPEAL
                 AND MOTION TO STAY STATE PROCEEDING
00204      06/22/2000        0000      0000          0000
           DESC: REQUEST FOR FINDINGS OF FACTS
                 PURSUANT TO RULE 296 OF THE FULES OF
                 CIVIL PROCEDURE
00205      06/22/2000        0000      0000          0000
           DESC: NOTICE OF APPEAL
                 PURSUANT TO RULE 41 OF TEXAS RULES OF
                 APPELLATE PROCEDURE
00206      06/30/2000        0000      0000          0000
           DESC: NOTICE OF APPEAL
                 PURSUANT TO RULE 41 OF TEXAS RULES OF
                 APPELLATE PROCEDURE
00207      06/30/2000        0000      0000          0000
           DESC: REQUEST FOR FINDINGS OF FACTS
                 PURSUANT TO RULE 296 OF THE RULES OF
                 CIVIL PROCEDURE
00208      06/30/2000        0000      0000          0000
           DESC: AFFIDAVIT OF
                 POVERTY FOR APPEAL
00209      07/03/2000        0000      0000          0000
           DESC: AMENDED
```

---

```
                    REQUEST FOR FINDINGS OF FACT &
                    CONCLUSION OF LAW PURSUANT TO RULE 296
                    OF THE RULES OF CIVIL PROCEDURE
00210      07/03/2000          0000      0000          0000
           DESC: AFFIDAVIT
                    IN SUPPORTT OF RESPONDENT'S COSTS
00213      08/01/2000          0000      0000          0000
           DESC: MOTION TO
                    ENTER ORDER
00216      08/04/2000          0000      0000          0000
           DESC: NONSUIT
00215      08/08/2000          0000      0000          0000
           DESC: MOTION FOR
                    CLARIFICATION OF JUNE 28,2000
                    INTERLOCUTORY ORDER
00214      08/09/2000          0000      0000          0000
           DESC: LETTER
                    TO PRESIDING COURT FROM ROBERT LEE GILL
                    JR
00220      09/13/2000          0000      0000          0000
           DESC: ORIGINAL
                    EXCERPT OF PROCEEDINGS
00221      09/20/2000          0000      0000          0000
           DESC: CERTIFICATE OF ADDRESS
00222      11/01/2000          0000      0000          0000
           DESC: CLERKS RECORD SENT TO 4TH COUR
                    INFO:AFFIDAVIT OF INABILITY
00223      11/01/2000          0000      0000          0000
           DESC: CLERKS RECORD
                    INFO:STENO BOOK#13,PAGE 05
00224      12/13/2000          0000      0000          0000
           DESC: RECEIPT
                    OF EXHIBITS RULE 75 CR/VERONICA L BOWLES
00225      12/22/2000          0000      0000          0000
           DESC: LETTER
                    DATED 12/20/00 TO MR. GIL FROM
                    ELISE DIXON
00226      07/12/2001          0000      0000          0000
           DESC: LETTER TO DISTRICT CLERK
                    AND MS MARY B DOGGETT FROM ROBERT LEE
                    GILL JR RE: PLEADINGS FILED
00227      07/12/2001          0000      0000          0000
           DESC: LETTER
                    TO JUDGE FROM ROBERT LEE GILL JR W/COPIE
00228      07/31/2001          0000      0000          0000
           DESC: OPINION
                    APPEAL DISMISSED FOR WANT OF PROSECUTION
00229      07/31/2001          0000      0000          0000
           DESC: COPY OF
                    JUDMENT FROM 4TH COURT OF APPEALS
                    APPEAL DWOP
00230      10/17/2001          0000      0000          0000
           DESC: COPY OF
```

Case 1:06-cv-00105-HHK   Document 8-5   Filed 02/15/2006   Page 18 of 29

```
                    OPINION - PETITION DENIED
00231      01/16/2002            13995        0018              0000
           DESC: FILE MICROFILMED
                 REEL 13995 IMAGE 0018 THRU 0018
00232      01/16/2002            13995        0019              0000
           DESC: FILE MICROFILMED
                 REEL 13995 IMAGE 0019 THRU 0019
00234      07/10/2002            0000         0000              0000
           DESC: RECEIPT
                 OF EXHIBITS RULE 75/CR VERONICA L BOWLES
00236      05/07/2003            0000         0000              0000
           DESC: REINSTATEMENT AFTER F JUDGMENT
00237      05/07/2003            0000         0000              0000
           DESC: MOTION FOR ENFORCEMENT OF CHIL
                 AND TO SUSPEND LICENSE
00238      09/30/2003            0000         0000              0000
           DESC: JURY DEMAND JURY FEE PAID
                 ROBERT GILL JR
00239      10/02/2003            0000         0000              0000
           DESC: SERVICE ASSIGNED TO CLERK 2
00240      10/02/2003            0000         0000              0000
           DESC: REQUEST FOR
                 3 HD SUBP DT AND 1 HD SUB
00241      10/02/2003            0000         0000              0000
           DESC: JURY DEMAND
                 PURSUANT TO ARTICLE 5 SECTION 10 OF THE
                 TEXAS CONSTITUTION AND THE BILL OF RIGHT
                 UNDER THE UNITED STATES CONSTITUTION OF
                 ROBERT LEE GILL JR
00243      10/02/2003            0000         0000              0000
           DESC: LETTER TO DISTRICT CLERK
                 FROM ROBERT LEE GILL JR
                 REGARDING COPIES OF TRANSFER ORDER
00244      10/02/2003            0000         0000              0000
           DESC: LETTER TO DISTRICT CLERK
                 FROM ROBERT LEE GILL JR
                 REGARDING COPIES OF FEDERAL ORDERS
00242      10/06/2003            0000         0000              0000
           DESC: NOTICE OF DESTRUCTION OF EXHIB
00247      10/08/2003            0000         0000              0000
           DESC: LETTER TO DISTRICT CLERK
                 FROM ROBERT LEE GILL JR
                 REGARDING NOTICE OF REMOVAL
00248      10/08/2003            0000         0000              0000
           DESC: NOTICE OF REMOVAL TO FEDERAL C
                 FROM ROBERT LEE GILL JR
00249      10/08/2003            0000         0000              0000
           DESC: AFFIDAVIT
                 IN SUPPORT OF PETITION FOR REMOVAL AND
                 TRO REQUEST OF ROBERT LEE GILL JR
00250      10/08/2003            0000         0000              0000
           DESC: COPY OF
```

RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 19 PGM: DKB4900P
RUN TIME: 09:39:20                                                    JCL: SPPROD

```
                    DEFAULT
                    RE: JOHN CORNYN
00251     10/08/2003          0000      0000        0000
          DESC: COPY OF
                    DEFAULT
                    RE: GREGG ABBOTT
00270     10/08/2003          0000      0000        0000
          DESC: CASE CLOSED OTHER DISPOSITION
00246     10/09/2003          0000      0000        0000
          DESC: ORIGINAL
                    NON PARTIES RICK PERRY AND GREG ABBOTT
                    OBJECTIONS TO SUBPOENA DUCES TECUM AND
                    MOTION FOR PROTECTIVE ORDER OF RICK
                    PERRY GOVERNOR OF TEXAS AND GREGG ABBOTT
                    ATTORNEY GENERAL OF TEXAS
00252     12/18/2003          0000      0000        0000
          DESC: EXHIBITS
                    DESTROYED
00253     01/05/2004          0000      0000        0000
          DESC: LETTER
                    TO:  HONORABLE JUDGE JOHN GABRIEL
                    FR:  ROBERT L GILL
00257     01/05/2004          0000      0000        0000
          DESC: LETTER
                    TO: HONORABLE JOHN GABRIEL
                         HOLLY WHISENHUNT/INVESTIGATIVE
                         PRODUCER/NEWS 4
                    FR: ROBERT L GILL JR
                    RE: RECEIVAL OF COPY OF MOTION FOR
                         JUDICIAL NOTICE OF ATTEMPTED
                         RETALIATORY MURDER
00254     01/06/2004          0000      0000        0000
          DESC: LETTER
                    TO:  HONORABLE JUDGE JOHN GABRIEL
                    FR:  ROBERT L GILL
00255     01/06/2004          0000      0000        0000
          DESC: LETTER
                    TO:  HONORABLE JUDGE JOHN GABRIEL
                    FR:  ROBERT L GILL
00258     01/09/2004          0000      0000        0000
          DESC: MOTION TO WITHDRAW
                    AND MOTION TO SET FOR HEARING
                    OF ROBERT LEE GILL JR
00260     01/13/2004          0000      0000        0000
          DESC: ORIGINAL
                    PRIVATE ATTORNEY WARRANTS CONTACT
                    SHEET
00263     01/26/2004          0000      0000        0000
          DESC: MOTION FOR
                    JUDICIAL NOTICE OF LACK OF JURISDICTION
                    DUE TO "NON-ENTRY" AND "NON-SERVICE" OF
                    FEDERAL ORDER OF REMAND BY THE FEDERAL
```

```
                        DISTRICT COURT OF THE WESTERN DISTRICT
                        OF TEXAS & MOTION TO STAY FILED IN
                        U.S. SUPREME COURT
00264    01/28/2004          0000        0000          0000
         DESC: COPY
                        COND RELEASE ORDER
00267    02/04/2004          0000        0000          0000
         DESC: LETTER
                        TO CLERK OF THE 150TH & CLERK OF SUPREME
                        COURT OF US RE: AFFIDAVIT OF POVERTY FOR
                        EXPEDITED COPY OF STATE TRIAL PROCEEDING
                        HELD ON 01/26/04 & A COPY OF THE TWO
                        FEDERAL COURT ORDERS EXHIBIT SUBMITTED
                        IN SUPPORT OF FEDERAL REMAND ORDER AND
                        REQUEST FOR PRINT OUT COPY OF RESETTING
                        DATE OF 02/26/04
00268    02/05/2004          0000        0000          0000
         DESC: LETTER
                        FROM MR. GILL TO DISTRICT CLERK ET AL.
                        REGARDING "MISSING FILES" AND "TRANSFER
                        OF CUSTODY" OF FILES
00265    02/06/2004          0000        0000          0000
         DESC: COPY
                        OF LETTER FROM MR GILL DELIVERED TO
                        JUDGE DAVID PEEPLES
00266    02/06/2004          0000        0000          0000
         DESC: COPY
                        OF LETTER FROM MR GILL DELIVERED TO
                        VICTORIA GWINN CT REPORTER 150TH DIST
                        COURT
00269    02/11/2004          0000        0000          0000
         DESC: LETTER
                        TO MR. GILL RESPONDING TO HIS LETTER
                        DATED FEB. 5, 2004. (MR. GILL PICKED UP
                        THIS LETTER FEB. 11, 2004 FROM CHRIS).
00271    02/24/2004          0000        0000          0000
         DESC: COPY
                        LETTER TO CITY ATTORNEY OFFICE, BEXAR
                        COUNTY DISTRICT ATTORNEY AND DISTRICT
                        CLERK FOR THE 150TH DISTRICT COURT
                        RE: RECEIVAL OF EXHIBITS IN SUPPORT OF
                        EMERGENCY WRIT & ORDER FOR STAY & RQST
                        FOR PETITIONER'S COPIES TO BE STAMPED
                        RECEIVED AND RETURNED TO HIM
00282    02/26/2004          0000        0000          0000
         DESC: TEMPORARY FILE CREATED THIS DA
                        VOL #4
00273    02/27/2004          0000        0000          0000
         DESC: AFFIDAVIT OF
                        POVERTY IN SUPPORT OF EMERGENCY WRIT
                        APPLICATION TO THE HONORABLE APPELLATE
                        JUDGE OF SAID COURT OF APPEALS
```

00274      02/27/2004        0000      0000        0000
           DESC: ORIGINAL
                 EMERGENCY PETITION FOR ORIG APPLICATION
                 FOR HABEAS CORPUS PURSUANT TO THE
                 EMERGENCY RULES OF THIS COURT
00275      03/02/2004        0000      0000        0000
           DESC: REQUEST FOR
                 COMMITMENT
00276      03/26/2004        0000      0000        0000
           DESC: LETTER
                 FROM ROBERT LEE GILL JR
00279      05/19/2004        0000      0000        0000
           DESC: COPY OF
                 MEMORANDUM OPINION
00277      06/01/2004        0000      0000        0000
           DESC: LETTER
                 FROM ROBERT LEE GILL JR
                 RE: COPIES OF NOTICE OF APPEAL WITH
                 REQUEST FOR STAY OF ORDER OF ARREST WITH
                 EXHIBITS AND AFFIDAIVIT IN SUPPORT OF
                 DE NOVO REVIEW AND IN FORMA PAUPERIS
                 STATUS
00278      06/03/2004        0000      0000        0000
           DESC: COPY OF
                 OF ORDER ENTERED ON FEBRUARY 26, 2004
                 WAS SENT TO THE FOURTH COURT OF APPEAL
00281      06/07/2004        0000      0000        0000
           DESC: NOTICE
                 FROM THE SUPREME COURT OF TEXAS
                 (POSTCARD) RE: PETITION FOR WRIT OF
                 HABEAS CORPUS WAS RECEIVED AND FILED
00280      06/21/2004        0000      0000        0000
           DESC: LETTER
                 FROM MR WEBER
                 RE: PETITION FOR HABEAS CORPUS
00283      05/26/2005        0000      0000        0000
           DESC: LETTER
                 FROM AMBER LIDDELL TO BLUST,KRISTIE
00284      06/20/2005        0000      0000        0000
           DESC: LETTER TO DISTRICT CLERK
                 FR: ROBERT LEE GILL RE: CY OF COURTS
                 FINDINGS
00285      06/30/2005        0000      0000        0000
           DESC: COPY
                 OF REPLY LETTER M/O TO ROBERT LEE GILL
                 200 N. COMAL
                 SAN ANTONIO, TX 78207
00286      07/12/2005        0000      0000        0000
           DESC: LETTER
                 TO DC REQUESTING COPIES OF ORDERS/COPIES
                 SENT 7-12-05
                 BY ROBERT LEE GILL SID#23263

RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 22 PGM: DKB4900P
RUN TIME: 09:39:21                                                    JCL: SPPROD
----------------------------------------------------------------------------------

                    200 N COMAL
                    SAN ANTONIO, TX 78207

                        * T R I A L    I N F O R M A T I O N *
 SEQ      DATE FILED           COURT              SETT. DATE  TIME          ATTY

00004     11/09/1993           218                11/22/1993 09:00AM
          DESC: NON-JURY TRIAL
00005     11/09/1993
          DESC: MOTION FOR
                TPO & ORDER SETTING TEMP ORDERS       LC
00013     11/19/1993           218                11/22/1993 10:00AM
          DESC: NON-JURY TRIAL
00014     11/22/1993
          DESC: MOTION TO
                SET 13 HEARING ON NON JURY TRIAL/MERITRG
00015     11/22/1993           218                11/22/1993 09:01AM
          DESC: NON-JURY TRIAL
00016     11/22/1993
          DESC: MOTION FOR
                RULE 13 HEARING    RG
00017     11/22/1993           218                12/02/1993 09:00AM
          DESC: NON-JURY TRIAL
00018     11/22/1993
          DESC: MOTION FOR
                TEMP PROTECTIVE ORDER           LC
00019     11/24/1993           218                12/02/1993 09:01AM
          DESC: NON-JURY TRIAL
00020     11/24/1993
          DESC: MOTION FOR
                NOTICE/HEARING FOR TEMP ORDERS LC
00025     12/28/1993           218                02/22/1994 09:00AM
          DESC: NON-JURY TRIAL
00026     12/28/1993
          DESC: MOTION TO
                SET NON JURY TRIAL/MERITS LC
00027     01/27/1994           213                06/13/1994 08:30AM
          DESC: JURY TRIAL SET
00032     03/22/1994           218                04/04/1994 09:00AM
          DESC: NON-JURY TRIAL
00033     03/22/1994
          DESC: MOTION TO
                SET HRNG ON MF APPT OF ATTY AD LITEM LC
00034     03/22/1994
          DESC: MOTION FOR
                APPOINTMENT OF AN AD LITEM
00035     03/22/1994
          DESC: MOTION FOR
                PREPARATION OF SOCIAL STUDY
00048     06/21/1994           213                06/27/1994 08:30AM
          DESC: JURY TRIAL RESET
00049     06/22/1994
          DESC: MOTION FOR

RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 23 PGM: DKB4900P
RUN TIME: 09:39:21                                                    JCL: SPPROD

```
                   CONTINUANCE                    LC
00050      06/22/1994
           DESC: MOTION FOR
                 PREFERENTIAL SPECIAL SETTING    LC
00056      06/27/1994          213               09/06/1994 08:30AM
           DESC: JURY TRIAL RESET
00059      08/04/1994          218               08/11/1994 09:00AM
           DESC: NON-JURY TRIAL
00060      08/04/1994
           DESC: MOTION FOR
                 TRO & TEMPORARY ORDERS   LC*RESET*082294
00061      08/04/1994
           DESC: NON JURY TRACKING
                 RESET TO 08/22/94    LC
00063      08/11/1994          218               08/22/1994 09:00AM
           DESC: NON-JURY TRIAL
00064      08/11/1994
           DESC: MOTION FOR
                 TRO & TEMPORARY ORDERS  LC
00065      08/11/1994
           DESC: NON JURY TRACKING
                 TEMP REST ORDER EXTENDED/OTC/JG MCMANUS
00069      08/19/1994          218               08/22/1994 09:01AM
           DESC: NON-JURY TRIAL
00070      08/19/1994
           DESC: MOTION FOR
                 RULE 11 HEARING & CONTEMPT HEARING  RG
00071      08/19/1994
           DESC: NON JURY TRACKING
00072      08/19/1994          218               10/19/1994 09:00AM
           DESC: NON-JURY TRIAL
00073      08/19/1994
           DESC: MOTION TO
                 SET NON JURY TRIAL/MERITS  RG
00074      08/19/1994
           DESC: NON JURY TRACKING
00083      09/02/1994          218               09/07/1994 08:30AM
           DESC: NON-JURY TRIAL
00084      09/02/1994
           DESC: MOTION TO
                 SET SPECIAL APPEARANCE  (B)  CK
00085      09/02/1994
           DESC: NON JURY TRACKING
                 SETTING DROPPED
00086      09/02/1994          218               09/06/1994 08:30AM
           DESC: NON-JURY TRIAL
00087      09/02/1994
           DESC: MOTION FOR
                 RULE 11 HEARING & CONTEMPT HEARING  RG
00088      09/02/1994
           DESC: NON JURY TRACKING
                 SETTING DROPPED
```

```
RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 24 PGM: DKB4900P
RUN TIME: 09:39:21                                                    JCL: SPPROD
```

```
00097      09/15/1994          218              09/21/1994 08:30AM
           DESC: NON-JURY TRIAL
00098      09/15/1994
           DESC: MOTION FOR
                 ABEYANCE OF APPEAL PROCEEDINGS   RG
00099      09/15/1994
           DESC: NON JURY TRACKING
                 SETTING DROPPED
00110      10/19/1998          411              12/03/1998 08:32AM
           DESC: AGREED
00111      10/19/1998
           DESC: MOTION TO
                 MODIFY AND SET SUPPORT IN SAPCR
00112      12/03/1998          411              01/22/1999 08:32AM
           DESC: AGREED
00113      12/03/1998
           DESC: MOTION TO RESET RESETTING TRIA
00114      01/20/1999          411              01/22/1999 08:32AM      RG
           DESC: AGREED
                 MOTION TO SET NON-JURY
00139      05/04/1999          411              06/08/1999 02:02PM
           DESC: AGREED
                 SETTING ON MOT FOR ENFOR OF CS ORD
00141      06/09/1999          411              06/29/1999 08:32AM      LM
           DESC: AGREED
00142      06/09/1999
           DESC: ORDER APPOINTING COUNSEL AND S
00145      07/01/1999          411              07/09/1999 08:32AM      MEE
           DESC: AGREED
00146      07/01/1999
           DESC: ORDER RESETTING ENFORCEMENT CA
                 FOR TRIAL ON THE MERITS (AGREED)
00148      07/09/1999          411              07/23/1999 08:32AM      ME
           DESC: AGREED
00149      07/09/1999
           DESC: ORDER TO RESET FOR CONFINMENT/
00152      07/26/1999          411              08/31/1999 08:32AM      RR
           DESC: AGREED
00153      07/26/1999
           DESC: CONDITIONAL RELEASE ORDER
00154      08/31/1999          411              10/05/1999 08:32AM      ME
           DESC: AGREED
00155      08/31/1999
           DESC: ORDER RESETTING ENFORCEMENT CA
00157      09/15/1999          225              09/20/1999 03:30PM      RLG
           DESC: NON-JURY TRIAL
                 MT FOR EXTENSION OF TIME & PETITION FOR
                 DE NOVO REVIEW & MT FOR HEARING ON
                 CHARGES OF PERJURY
00167      09/27/1999          218              09/27/1999 09:00AM
           DESC: NON-JURY TRIAL
                 MODIFICATION (PER SLIP)
```

```
                   ORDER
00169    10/05/1999              411              11/05/1999 08:32AM        MEE
         DESC: AGREED
00170    10/05/1999
         DESC: ORDER RESETTING ENFORCEMENT CA
00172    10/15/1999              218              10/21/1999 09:00AM        RLG
         DESC: NON-JURY TRIAL
               MTN TO SET/HIS DE NOVO REVIEW PETITION
               ASSIGNED TO JUDGE BERCHELMANN
00176    11/05/1999              411              12/03/1999 08:32AM        LM
         DESC: AGREED
00177    11/05/1999
         DESC: ORDER RESETTING ENFORCEMENT CA
00182    02/22/2000              411              02/25/2000 08:32AM
         DESC: AGREED
00183    02/22/2000
         DESC: CONDITIONAL RELEASE ORDER
00184    02/25/2000              411              03/24/2000 08:32AM
         DESC: AGREED
00185    02/25/2000
         DESC: ORDER RESETTING ENFORCEMENT CA
00186    03/24/2000              411              04/07/2000 08:32AM
         DESC: AGREED
00187    03/24/2000
         DESC: ORDER RESETTING ENFORCEMENT CA
00188    04/07/2000              403              05/12/2000 01:30PM        MEE
         DESC: AGREED
               ORDER TO RESET CAUSE FOR TRIAL
00189    05/15/2000              218              05/24/2000 09:00AM        RLG
         DESC: NON-JURY TRIAL
               (RESET 6/7 PER SLIP)
00190    05/16/2000
         DESC: NOTICE OF
               APPEAL OF MASTER'S REPORT
00191    05/16/2000              403              05/25/2000 01:32PM        MR
         DESC: AGREED
               ORDER OF IV-D MASTER
00192    05/24/2000              218              06/07/2000 09:00AM        RLG
         DESC: NON-JURY TRIAL
               NOTICE OF APPEAL OF MASTERS REPORT
               (PERSLIP)
00194    05/24/2000              218              06/07/2000 09:00AM
         DESC: NON-JURY TRIAL
               MTN FOR CONTINUANCE
               (ASSIGNED SPEEDLIN)
00195    05/25/2000              101              06/01/2000 08:30AM        MEE
         DESC: AGREED
               ORDER RESETTING ENFORCEMENT CUASE FOR
               SUBSEQUENT ORDERS
00196    05/30/2000              218              06/08/2000 09:00AM
         DESC: NON-JURY TRIAL
00197    05/30/2000
         DESC: NOTICE
```

Case 1:06-cv-00105-HHK    Document 8-5    Filed 02/15/2006    Page 26 of 29

---------------------------------------------------------------------------------

```
              OF APPEAL OF MASTERS REPORT
00199    06/07/2000         408              06/22/2000 09:00AM
         DESC: NON-JURY TRIAL
              RESET PER JUDGE SPEEDLIN
00201    06/22/2000         408              07/12/2000 09:00AM
         DESC: NON-JURY TRIAL
              RESET FROM 6/22/00 BY JUDGE SPEEDLIN
              MR. GILL DROPPED SETTING FOR 7/12/00
              TO BE RESET IN PRESIDING FOR A
              FUTURE DATE
00211    07/11/2000         218              08/10/2000 09:00AM      RLG
         DESC: NON-JURY TRIAL
              MOTION TO SET HEARING NON-JURY
00212    08/01/2000         218              08/10/2000 08:30AM      MEE
         DESC: NON-JURY TRIAL
              DROP
00213    08/01/2000
         DESC: MOTION TO
              ENTER ORDER
00217    08/21/2000         218              08/30/2000 09:00AM      MEE
         DESC: NON-JURY TRIAL
              MOTION TO SET MOTION TO CLARIFY
              (ORDER TO COME)
00218    08/30/2000         218              09/12/2000 09:00AM      MEE
         DESC: NON-JURY TRIAL
              MTN TO CLARIFY (PERSLIP)
              ASSIGNED TO JUDGE SPEEDLIN
00219    08/30/2000         218              09/19/2000 09:00AM      MEE
         DESC: NON-JURY TRIAL
              OTHER MOTIONS (PERSLIP/RESET FROM 08-30-
              2000)
              RECORD ASSIGNED TO 288TH
00233    03/12/2002         288              05/08/2002 08:30AM
         DESC: NON-JURY TRIAL
              NOTICE OF HEARING
              SENT TO PRESIDING/HEARD BY JUDGE POZZA
00235    05/07/2003         411              10/09/2003 01:32PM
         DESC: AGREED
              SETTING ON MOT/ENFORCMNT C/S ORDER AND
              TO SUSPEND LICENSE
00245    10/09/2003         218              11/12/2003 09:00AM      MM
         DESC: NON-JURY TRIAL
              SETTING ON TRIAL ON THE MERITS
              **CAPIAS ENTERED**
00256    01/07/2004         218              01/12/2004 09:00AM      RG
         DESC: NON-JURY TRIAL
              SETTING ON WRIT OF ATTACHMENT
              **ASSIGN TO JD TANNER*
00259    01/12/2004         218              01/26/2004 09:00AM      MM
         DESC: NON-JURY TRIAL
              SETTING ON TRIAL ON THE MERITS
00261    01/16/2004         218              01/26/2004 09:00AM      FEG
         DESC: AGREED
```

Case 1:06-cv-00105-HHK   Document 8-5   Filed 02/15/2006   Page 27 of 29

```
                  COND RELEASE ORDER OF ROBERT GILL
                  **ASSIGN TO JD LITTLEJOHN*
00262    01/26/2004         150              02/26/2004 09:00AM
         DESC: NON-JURY TRIAL
              RESET ON MOTION FOR ENFORCEMENT (MR GILL
              ILL & TAKEN BY EMS)
00272    02/26/2004         150              03/26/2004 09:00AM
         DESC: NON-JURY TRIAL
              SETTING ON COMPLIANCE/COMMITMENT
```

```
              *  [ * O R D E R   I N F O R M A T I O N * ] *
  SEQ   DATE FILED  JUDGE NAME           VOLUME   PAGE   PAGE CNT    AMOUNT   SOF

00001  11/10/1993  CAROL R HABERMAN       1157    0705    0000       0.00
       DESC: PROTECTIVE ORDER
            TEMP EFFECTIVE UNTIL HEARING FURTHER
00002  11/10/1993  CAROL R HABERMAN       1157    0705    0000       0.00
       DESC: CONTINUED
            ORDER OF COURT
00003  11/22/1993  CAROL R HABERMAN       1160    0571    0000       0.00 )
       DESC: ORDER
            EXPARTE ORDER FOR CHILD VISITATION
00004  11/22/1993  CAROL R HABERMAN       1160    0565    0000       0.00
       DESC: ORDER FOR
            EXTENSION OF TIME
00005  12/09/1993  JAMES E. BARLOW        1165    0554    0000       0.00
       DESC: PROTECTIVE ORDER
            SHALL CONTINUE IN FULL FORCE FOR ONE
00006  12/09/1993  JAMES E. BARLOW        1165    0554    0000       0.00
       DESC: CONTINUED
            YEAR AS OF 12/09/93 UNLESS SOONER
00007  12/09/1993  JAMES E. BARLOW        1165    0554    0000       0.00
       DESC: CONTINUED
            MODIFIED OR SUPERCEDED
00008  03/21/1994  CHARLES A. GONZALEZ    1191    0347    0000       0.00
       DESC: ORDER OF REFERRAL TO MEDIATION
00009  04/04/1994  CARLOS C. CADENA       1195    1605    0000       0.00
       DESC: ORDER APPOINTING
            ELIENE F CROSIER TO MAKE SOCIAL STUDY
00010  04/06/1994  CARLOS C. CADENA       1195    1604    0000       0.00
       DESC: ORDER DENYING
            PLTF'S REQUEST FOR APPOITMENT OF ATTY
00011  04/06/1994  CARLOS C. CADENA       1195    1604    0000       0.00
       DESC: CONTINUED
            AD LITEM
00012  06/27/1994  ALFONSO CHAPA          1217    1598    0000       0.00
       DESC: ORDER GRANTING
            PREFERENTIAL SETTING 9/6/94
00013  06/27/1994  ANTONIO G. CANTU       1217    1601    0000       0.00
       DESC: ORDER
            QUASHING SUBPOENAS D/T ISSUED TO U S
00014  06/29/1994  ANTONIO G. CANTU       1217    1601    0000       0.00
       DESC: CONTINUED
```

```
RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 28 PGM: DKB4900P
RUN TIME: 09:39:21                                                    JCL: SPFPROD
```

```
              MAGISTRATE JUDGE ROBERT B O'CONNOR
00015  08/04/1994  MARTHA TANNER         1229   0636   0000        0.00
       DESC: TEMP. REST. ORDER
             EX PARTE
00016  08/11/1994  RON G. CARR           1231   1059   0000        0.00
       DESC: ORDER
             FOR EXTENSION OF TIME OF RESTRAING ORDER
00017  10/20/1994  RON G. CARR           1251   2407   0000        0.00
       DESC: DECREE OF DIVORCE
00018  01/22/1999  JAMES A. RAUSCH       1759   1659   0008        0.00
       DESC: ORDER MODIFYING PARENT CHILD R
00019  01/29/1999  MARTHA TANNER         1759   1666   0001        0.00
       DESC: ORDER ADOPTING MASTER'S REPORT
00020  01/29/1999  CAROL R HABERMAN      1759   1647   0004        0.00
       DESC: EMPLOYERS ORDER TO WITHHOLD IN
00021  06/08/1999  JAMES A. RAUSCH       1818   1371   0001        0.00
       DESC: ORDER APPOINTING COUNSEL AND S
00022  06/14/1999  JUAN GALLARDO         1818   1371   0001        0.00
       DESC: ORDER ADOPTING MASTER'S REPORT
00023  07/01/1999  STANTON PEMBERTON     1829   1658   0001        0.00
       DESC: ORDER RESETTING ENFORCEMENT CA
             FOR TRIAL ON THE MERITS (AGREED)
00024  07/09/1999  JAMES A. RAUSCH     - 1835   0791   0007        0.00
       DESC: ORDER ENFORCING CHILD SUPPORT
00025  07/15/1999  DAVID A. BERCHELMANN - 1835   0791   0007        0.00
       DESC: ORDER ADOPTING MASTER'S REPORT
00026  07/26/1999  JAMES A. RAUSCH       1841   1017   0002        0.00
       DESC: CONDITIONAL RELEASE ORDER
             (MASTER'S)
00027  07/30/1999  PETER MICHAEL CURRY   1841   1017   0002        0.00
       DESC: ORDER ADOPTING MASTER'S REPORT
00028  08/31/1999  JAMES A. RAUSCH       1859   0827   0001        0.00
       DESC: ORDER RESETTING ENFORCEMENT CA
             FOR SUBSEQUENT ORDERS
00029  09/08/1999  CAROL R HABERMAN      1859   0827   0001        0.00
       DESC: ORDER ADOPTING MASTER'S REPORT
00030  09/28/1999  JANET LITTLEJOHN      1873   2231   0001        0.00
       DESC: ORDER GRANTING DISMISSAL WITH
00031  10/05/1999  JAMES A. RAUSCH       1875   2239   0001        0.00
       DESC: ORDER RESETTING ENFORCEMENT CA
             FOR SUBSEQUENT ORDERS
00032  11/05/1999  JAMES A. RAUSCH       1893   2249   0001        0.00
       DESC: ORDER RESETTING ENFORCEMENT CA
00033  11/15/1999  ROBERT L. ESCHENBURG  1893   2249   0001        0.00
       DESC: ORDER ADOPTING MASTER'S REPORT
00034  02/18/2000  JAMES A. RAUSCH       1937   2056   0001        0.00
       DESC: MASTER'S CONDITIONAL RELEASE O
00035  02/24/2000  MARTHA TANNER         1937   2056   0001        0.00
       DESC: ORDER ADOPTING MASTER'S REPORT
00036  02/25/2000  JAMES A. RAUSCH       1942   1573   0001        0.00
       DESC: ORDER RESETTING ENFORCEMENT CA
             032400 0832 RM 411
```

```
RUN DATE: 07/14/2005 BEXAR COUNTY CENTRALIZED DOCKET SYSTEM PG: 29 PGM: DKB4900P
RUN TIME: 09:39:22                                                   JCL: SPPROD
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 00037 | 03/02/2000 | MICHAEL PEDEN | 1942 | 1573 | 0001 | 0.00 |
| | DESC: ORDER ADOPTING MASTER'S REPORT | | | | | |
| 00038 | 05/15/2000 | JUAN ANTONIO CHAVIRA | 1981 | 2141 | 0003 | 0.00 |
| | DESC: ORDER FOR | | | | | |
| | IV-D MASTER | | | | | |
| 00039 | 05/19/2000 | PAT PRIEST | 1981 | 2143 | 0001 | 0.00 |
| | DESC: ORDER ADOPTING MASTER'S REPORT | | | | | |
| 00040 | 06/08/2000 | PHYLIS J. SPEEDLIN | 1991 | 1864 | 0002 | 0.00 |
| | DESC: ORDER ON | | | | | |
| | APPEALS OF MAY 12 & 25 2000 OF MASTER'S | | | | | |
| | REPORTS | | | | | |
| 00041 | 06/28/2000 | PHYLIS J. SPEEDLIN | 2002 | 1837 | 0001 | 0.00 |
| | DESC: ORDER SETTING ASIDE | | | | | |
| | JUNE 8, 2000 ORDER OF THIS COURT | | | | | |
| 00042 | 06/28/2000 | PHYLIS J. SPEEDLIN | 2002 | 1838 | 0001 | 0.00 |
| | DESC: ORDER SETTING ASIDE | | | | | |
| | MASTER'S RULING | | | | | |
| 00044 | 08/04/2000 | NO SIGNATURE REQUIRE | 2024 | 1531 | 0001 | 0.00 |
| | DESC: NOTICE OF NONSUIT | | | | | |
| 00045 | 09/18/2000 | PHYLIS J. SPEEDLIN | 2038 | 1990 | 0002 | 0.00 |
| | DESC: ORDER ON | | | | | |
| | MOTION FOR CLARIFICATION | | | | | |
| 0046 | 09/19/2000 | FRANK MONTALVO | 2043 | 0635 | 0006 | 0.00 |
| | DESC: ORDER ENFORCING CHILD SUPPORT | | | | | |
| | *SUBSEQUENT* | | | | | |
| 0047 | 10/09/2001 | PHILLIP HARDBERGER | 2214 | 0330 | 0002 | 0.00 |
| | DESC: MANDATE | | | | | |
| | DISMISSED FOR WANT OF PROSECUTION | | | | | |
| 0048 | 03/12/2002 | FRANK MONTALVO | 2267 | 0944 | 0001 | 0.00 |
| | DESC: MASTER'S CONDITIONAL RELEASE O | | | | | |
| 049 | 10/09/2003 | FRED SHANNON | 2485 | 2518 | 0001 | 0.00 |
| | DESC: ORDER APPOINTING COUNSEL AND S | | | | | |
| 050 | 10/09/2003 | FRED SHANNON | 2485 | 2513 | 0005 | 0.00 |
| | DESC: ORDER GRANTING | | | | | |
| | NON-PARTIES PERRY'S & ABBOTT'S MOTION | | | | | |
| | FOR PROTECTIVE ORDER | | | | | |
| 51 | 11/14/2003 | JOHN D. GABRIEL, JR. | 2500 | 2273 | 0002 | 0.00 |
| | DESC: ORDER FOR ISSUANCE OF CAPIAS | | | | | |
| 53 | 01/12/2004 | DAVID PEEPLES | 2525 | 2148 | 0001 | 0.00 |
| | DESC: ORDER ON | | | | | |
| | PRIVATE ATTY WARRANTS CONTACT SHEET | | | | | |
| 52 | 01/16/2004 | MICHAEL PEDEN | 2525 | 2073 | 0001 | 0.00 |
| | DESC: CONDITIONAL RELEASE ORDER | | | | | |
| 5 | 02/26/2004 | JANET LITTLEJOHN | 2539 | 1604 | 0004 | 0.00 |
| | DESC: ORDER ENFORCING CHILD SUPPORT | | | | | |
| 4 | 02/27/2004 | JANET LITTLEJOHN | 2538 | 0022 | 0001 | 0.00 |
| | DESC: COMMITMENT ORDER | | | | | |
| | FOR ROBERT GILL | | | | | |

```
                    * B O N D    I N F O R M A T I O N *
          DATE FILED   PRINCIPAL
```