UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT LEE GILL, JR.,**<br><br>Petitioner,<br><br>v.<br><br>**SHERIFF RALPH LOPEZ,** *et al.*,<br><br>Respondents. | Civil Action No. 06-0105 (HHK) |

## ORDER

It is hereby

ORDERED that petitioner's "Motion for Recusal of U.S. Judge Henry H. Kennedy from Ruling on Petitioner's Motion to Reconsider" [Dkt. #8] is DENIED.  It is further

ORDERED that petitioner's "Motion to Reconsider Pursuant to Rule 59(e)" [Dkt. #7] is DENIED.

SO ORDERED.

                                                    /s/
                                    HENRY H. KENNEDY, JR.
                                    United States District Judge

Date:   February 22, 2006